FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2005 JUL 13 P 2: 41

_____ DC
BY DEPUTY CLERK

### UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CHEMTECH ROYALTY ASSOCIATES, L.P. BY DOW EUROPE, S.A., AS TAX MATTERS PARTNER | : CIVIL ACTION<br>:<br>: NO. 05-944-C-M3<br>: |
| VS. | : |
| UNITED STATES OF AMERICA | : |

### MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

**NOW INTO COURT**, through undersigned counsel, comes CHEMTECH ROYALTY ASSOCIATES, L.P., by DOW EUROPE, S.A., as Tax Matters Partner, which moves to enroll John B. Magee, David J. Curtin, James D. Bridgeman, Rajiv Madan, Hartman E. Blanchard, Jr., Ronald L. Buch, Jr. and Philip D. MacWilliams as additional counsel *pro hac vice* for plaintiff in this matter.

In support of the motion, plaintiff represents the following:

1.

Plaintiff is represented herein by undersigned counsel, David M. Bienvenu, Jr. of the law firm Taylor, Porter, Brooks & Phillips, L.L.P. Undersigned counsel is admitted to practice as a member of the Bar of the United States District Court for the Middle District of Louisiana.

DLD #87107  $175.00

2.

Plaintiff desires to enroll John B. Magee, David J. Curtin, James D. Bridgeman, Rajiv Madan, Hartman E. Blanchard, Jr., Ronald L. Buch, Jr. and Philip D. MacWilliams as counsel *pro hac vise.* These attorneys are members in good standing of the Bar of the District of Columbia and practice with the law firm of McKee Nelson L.L.P. The attorneys have no disciplinary actions pending against them and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the case.

3.

In support of the motion, plaintiff files the affidavits of John B. Magee, David J. Curtin, James D. Bridgeman, Rajiv Madan, Hartman E. Blanchard, Jr., Ronald L. Buch, Jr. and Philip D. MacWilliams into the record of this matter.

4.

Local counsel will remain enrolled in this matter as counsel for plaintiff.

**WHEREFORE**, CHEMTECH ASSOCIATES, L.P., by DOW EUROPE, S.A. as Tax Matters Partner prays that John B. Magee, David J. Curtin, James D. Bridgeman, Rajiv Madan, Hartman E. Blanchard, Jr.,Ronald L. Buch, Jr., and Philip D. MacWilliams be granted leave to enroll as additional counsel for plaintiff *pro hac vice.*

**TAYLOR, PORTER, BROOKS, & PHILLIPS L.L.P**

By_____
    David M. Bienvenu, Jr., #20700
    451 Florida Street, 8th Floor
    P.O. Box 2471
    Baton Rouge, LA  70821
    Phone: 225-387-3221
    Fax: 225-346-8049

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

|  |  |
|---|---|
| CHEMTECH ROYALTY ASSOCIATES, L.P., ) <br> by DOW EUROPE, S.A., as Tax Matters Partner ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> ) | Case No.: |

## AFFIDAVIT OF JOHN B. MAGEE

I, John B. Magee, certify that:

1. I am an attorney with McKee Nelson LLP. My business address is 1919 M Street, N.W., Suite 800, Washington, D.C. 20036-3537 and my business phone number is (202) 775-8671;

2. I am eligible for admission *pro hac vice* to this Court pursuant to LR83.2.6M;

3. I am a member in good standing of the Bar of the District of Columbia, and a

Certificate of Good Standing is attached;

4. I am a member in good standing of the Bar in every jurisdiction in which I have been

admitted to practice and there are no disciplinary proceedings pending against me as a

member of any Bar;

5. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that

occurs in this case;

6. I am familiar with the subject matter of this litigation.

7.  I DO SOLEMNLY SWEAR (OR AFFIRM OR PROMISE) that I will support the

Constitution of the United States and that I will demean myself uprightly and according

to law and the recognized standards of ethics of the legal profession.  I do further swear

(or affirm or promise) that I have read the Federal Rules of Civil Procedure, 28 U.S.C.;

the Federal Rules of Criminal Procedure, 18 U.S.C.; the Federal Rules of Evidence, 28

U.S.C.; and the Uniform Local Rules of the United States District Court for the Middle

District of Louisiana, and that I am fully prepared to use and abide by them in my

practice before this Court.

Dated this __30th__ day of __June__, 2005

                                    John B. Magee
                                    McKee Nelson LLP
                                    1919 M Street, N.W.
                                    Suite 800
                                    Washington, D.C. 20036-3537
                                    (202) 775-8671
                                    (202) 775-8586 (Fax)

SUBSCRIBED AND SWORN TO before me this 30th day of June, 2005

                                    NOTARY PUBLIC

My Commission Expires:       **Suzanne W. Rhodes**
                                **Notary Public, District of Columbia**
                                  **My Commission Expires 07-14-2006**



## District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

JOHN B. MAGEE

was on the ___13TH___ day of ___JULY, 1977___

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on June
21, 2005.

GARLAND PINKSTON, JR., CLERK

By: _____
                Deputy Clerk

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

|  |  |
|---|---|
| CHEMTECH ROYALTY ASSOCIATES, L.P., )<br>by DOW EUROPE, S.A., as Tax Matters Partner )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>)<br>) | Case No.: |

## AFFIDAVIT OF DAVID J. CURTIN

I, David J. Curtin, certify that:

1.  I am an attorney with McKee Nelson LLP. My business address is 1919 M Street, N.W., Suite 800, Washington, D.C. 20036-3537 and my business phone number is (202) 775-8669;

2.  I am eligible for admission *pro hac vice* to this Court pursuant to LR83.2.6M;

3.  I am a member in good standing of the Bar of the District of Columbia, and a

Certificate of Good Standing is attached;

4.  I am a member in good standing of the Bar in every jurisdiction in which I have been

admitted to practice and there are no disciplinary proceedings pending against me as a

member of any Bar;

5.  I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that

occurs in this case;

6.  I am familiar with the subject matter of this litigation.

7.  I DO SOLEMNLY SWEAR (OR AFFIRM OR PROMISE) that I will support the

Constitution of the United States and that I will demean myself uprightly and according

to law and the recognized standards of ethics of the legal profession.  I do further swear

(or affirm or promise) that I have read the Federal Rules of Civil Procedure, 28 U.S.C.;

the Federal Rules of Criminal Procedure, 18 U.S.C.; the Federal Rules of Evidence, 28

U.S.C.; and the Uniform Local Rules of the United States District Court for the Middle

District of Louisiana, and that I am fully prepared to use and abide by them in my

practice before this Court.

Dated this 30th day of June, 2005

David J. Curtin
McKee Nelson LLP
1919 M Street, N.W.
Suite 800
Washington, D.C. 20036-3537
(202) 775-8669
(202) 775-8586 (Fax)

SUBSCRIBED AND SWORN TO before me this 30 day of June, 2005

NOTARY PUBLIC

My Commission Expires:  11-14-07



### District of Columbia Court of Appeals
#### Committee on Admissions
#### 500 Indiana Avenue, N.W. — Room 4200
#### Washington, D. C. 20001
#### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

DAVID J. CURTIN

was on the  14TH  day of  SEPTEMBER, 1979

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on June
21, 2005.

GARLAND PINKSTON, JR., CLERK

By: _____
                    Deputy Clerk

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

|  |  |
|---|---|
| CHEMTECH ROYALTY ASSOCIATES, L.P., by DOW EUROPE, S.A., as Tax Matters Partner )<br><br>Plaintiff, )<br><br>v. )<br><br>UNITED STATES OF AMERICA, )<br><br>Defendant. ) | Case No.: |

## AFFIDAVIT OF JAMES D. BRIDGEMAN

I, James D. Bridgeman, certify that:

1. I am an attorney with McKee Nelson LLP. My business address is 1919 M Street, N.W., Suite 800, Washington, D.C. 20036-3537 and my business phone number is (202) 775-8628;

2. I am eligible for admission *pro hac vice* to this Court pursuant to LR83.2.6M;

3. I am a member in good standing of the Bar of the District of Columbia, and a

Certificate of Good Standing is attached;

4. I am a member in good standing of the Bar in every jurisdiction in which I have been

admitted to practice and there are no disciplinary proceedings pending against me as a

member of any Bar;

5. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that

occurs in this case;

6. I am familiar with the subject matter of this litigation.

7.  I DO SOLEMNLY SWEAR (OR AFFIRM OR PROMISE) that I will support the

Constitution of the United States and that I will demean myself uprightly and according

to law and the recognized standards of ethics of the legal profession.  I do further swear

(or affirm or promise) that I have read the Federal Rules of Civil Procedure, 28 U.S.C.;

the Federal Rules of Criminal Procedure, 18 U.S.C.; the Federal Rules of Evidence, 28

U.S.C.; and the Uniform Local Rules of the United States District Court for the Middle

District of Louisiana, and that I am fully prepared to use and abide by them in my

practice before this Court.

Dated this _30th_ day of _June_, 2005

_____
James D. Bridgeman
McKee Nelson LLP
1919 M Street, N.W.
Suite 800
Washington, D.C. 20036-3537
(202) 775-8628
(202) 775-8586 (Fax)


SUBSCRIBED AND SWORN TO before me this 30th day of June, 2005

_____
NOTARY PUBLIC



My Commission Expires:

Vicki L. Watkins
Notary Public, District of Columbia
My Commission Expires 8-31-2009

2



### District of Columbia Court of Appeals
#### Committee on Admissions
#### 500 Indiana Avenue, N.W. — Room 4200
#### Washington, D. C. 20001
#### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

JAMES D. BRIDGEMAN

was on the  4TH  day of  JUNE, 1990

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on June
21, 2005.

GARLAND PINKSTON, JR., CLERK

By: _____
            Deputy Clerk

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

|  |  |
|---|---|
| CHEMTECH ROYALTY ASSOCIATES, L.P., ) by DOW EUROPE, S.A., as Tax Matters Partner ) <br><br> Plaintiff, ) <br><br> v. ) <br><br> UNITED STATES OF AMERICA, ) <br><br> Defendant. ) | Case No.: |

## AFFIDAVIT OF RAJIV MADAN

I, Rajiv Madan, certify that:

1. I am an attorney with McKee Nelson LLP. My business address is 1919 M Street, N.W., Suite 800, Washington, D.C. 20036-3537 and my business phone number is (202) 775-8681;

2. I am eligible for admission *pro hac vice* to this Court pursuant to LR83.2.6M;

3. I am a member in good standing of the Bar of the District of Columbia, and a

Certificate of Good Standing is attached;

4. I am a member in good standing of the Bar in every jurisdiction in which I have been

admitted to practice and there are no disciplinary proceedings pending against me as a

member of any Bar;

5. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that

occurs in this case;

6. I am familiar with the subject matter of this litigation.

7.  I DO SOLEMNLY SWEAR (OR AFFIRM OR PROMISE) that I will support the Constitution of the United States and that I will demean myself uprightly and according to law and the recognized standards of ethics of the legal profession.  I do further swear (or affirm or promise) that I have read the Federal Rules of Civil Procedure, 28 U.S.C.; the Federal Rules of Criminal Procedure, 18 U.S.C.; the Federal Rules of Evidence, 28 U.S.C.; and the Uniform Local Rules of the United States District Court for the Middle District of Louisiana, and that I am fully prepared to use and abide by them in my practice before this Court.

Dated this 30th day of June , 2005

Rajiv Madan
McKee Nelson LLP
1919 M Street, N.W.
Suite 800
Washington, D.C. 20036-3537
(202) 775-8681
(202) 775-8586 (Fax)

SUBSCRIBED AND SWORN TO before me this 30th day of June 2005

NOTARY PUBLIC

My Commission Expires:

Vicki L. Watkins
Notary Public, District of Columbia
My Commission Expires 8-31-2009

2



## District of Columbia Court of Appeals
### Committee on Admissions
#### 500 Indiana Avenue, N.W. — Room 4200
#### Washington, D. C. 20001
#### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

RAJIV MADAN

was on the   4TH   day of   JUNE, 1999

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have
> hereunto subscribed my name
> and affixed the seal of this
> Court at the City of
> Washington, D.C., on July 5,
> 2005.

GARLAND PINKSTON, JR., CLERK

By: _____
                          Deputy Clerk

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

|  |  |
|---|---|
| CHEMTECH ROYALTY ASSOCIATES, L.P.,<br>by DOW EUROPE, S.A., as Tax Matters Partner<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: |

## AFFIDAVIT OF HARTMAN E. BLANCHARD, Jr.

I, Hartman E. Blanchard, Jr., certify that:

1.  I am an attorney with McKee Nelson LLP. My business address is 1919 M Street, N.W., Suite 800, Washington, D.C. 20036-3537 and my business phone number is (202) 775-8679;

2.  I am eligible for admission *pro hac vice* to this Court pursuant to LR83.2.6M;

3.  I am a member in good standing of the Bar of the District of Columbia, and a

Certificate of Good Standing is attached;

4.  I am a member in good standing of the Bar in every jurisdiction in which I have been

admitted to practice and there are no disciplinary proceedings pending against me as a

member of any Bar;

5.  I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that

occurs in this case;

6.  I am familiar with the subject matter of this litigation.

7.  I DO SOLEMNLY SWEAR (OR AFFIRM OR PROMISE) that I will support the Constitution of the United States and that I will demean myself uprightly and according to law and the recognized standards of ethics of the legal profession.  I do further swear (or affirm or promise) that I have read the Federal Rules of Civil Procedure, 28 U.S.C.; the Federal Rules of Criminal Procedure, 18 U.S.C.; the Federal Rules of Evidence, 28 U.S.C.; and the Uniform Local Rules of the United States District Court for the Middle District of Louisiana, and that I am fully prepared to use and abide by them in my practice before this Court.

Dated this 30th day of June, 2005

Hartman E. Blanchard, Jr.
McKee Nelson LLP
1919 M Street, N.W.
Suite 800
Washington, D.C. 20036-3537
(202) 775-8679
(202) 775-8586 (Fax)

SUBSCRIBED AND SWORN TO before me this 30 day of June, 2005

NOTARY PUBLIC

My Commission Expires:  11-14-07



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

HARTMAN E. BLANCHARD

was on the ___12TH___ day of _____JULY, 1996_____ duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 21, 2005.

GARLAND PINKSTON, JR., CLERK

By: _____
              Deputy Clerk

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

|  |  |
|---|---|
| CHEMTECH ROYALTY ASSOCIATES, L.P., by DOW EUROPE, S.A., as Tax Matters Partner )<br><br>Plaintiff, )<br><br>v. )<br><br>UNITED STATES OF AMERICA, )<br><br>Defendant. ) | Case No.: |

## AFFIDAVIT OF RONALD L. BUCH, Jr.

I, Ronald L. Buch, Jr., certify that:

1.  I am an attorney with McKee Nelson LLP. My business address is 1919 M Street, N.W., Suite 800, Washington, D.C. 20036-3537 and my business phone number is (202) 327-2078;

2.  I am eligible for admission *pro hac vice* to this Court pursuant to LR83.2.6M;

3.  I am a member in good standing of the Bar of the District of Columbia, and a Certificate of Good Standing is attached;

4.  I am a member in good standing of the Bar in every jurisdiction in which I have been admitted to practice and there are no disciplinary proceedings pending against me as a member of any Bar;

5.  I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in this case;

6.  I am familiar with the subject matter of this litigation;

7. I DO SOLEMNLY SWEAR (OR AFFIRM OR PROMISE) that I will support the Constitution of the United States and that I will demean myself uprightly and according to law and the recognized standards of ethics of the legal profession. I do further swear (or affirm or promise) that I have read the Federal Rules of Civil Procedure, 28 U.S.C.; the Federal Rules of Criminal Procedure, 18 U.S.C.; the Federal Rules of Evidence, 28 U.S.C.; and the Uniform Local Rules of the United States District Court for the Middle District of Louisiana, and that I am fully prepared to use and abide by them in my practice before this Court.

Dated this / sr day of July , 2005

Ronald L. Buch, Jr.
McKee Nelson LLP
1919 M Street, N.W.
Suite 800
Washington, D.C. 20036-3537
(202) 327-2078
(202) 775-8586 (Fax)

SUBSCRIBED AND SWORN TO before me this / 5t day of July , 2005

NOTARY PUBLIC

My Commission Expires:

Vicki L. Watkins
Notary Public, District of Columbia
My Commission Expires 8-31-2009

2



## District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

RONALD L. BUCH

was on the    3RD    day of    MAY, 1996

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on June
21, 2005.

GARLAND PINKSTON, JR., CLERK

By: _____
                Deputy Clerk

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

|  |  |
|---|---|
| CHEMTECH ROYALTY ASSOCIATES, L.P., <br> by DOW EUROPE, S.A., as Tax Matters Partner <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | )<br>)<br>)<br>)<br>)<br>)   Case No.:<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF PHILIP D. MACWILLIAMS

I, Philip D. MacWilliams, certify that:

1.  I am an attorney with McKee Nelson LLP. My business address is 1919 M Street, N.W., Suite 800, Washington, D.C. 20036-3537 and my business phone number is (202) 775-1145;

2.  I am eligible for admission *pro hac vice* to this Court pursuant to LR83.2.6M;

3.  I am a member in good standing of the Bar of the District of Columbia, and a

Certificate of Good Standing is attached;

4.  I am a member in good standing of the Bar in every jurisdiction in which I have been

admitted to practice and there are no disciplinary proceedings pending against me as a

member of any Bar;

5.  I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that

occurs in this case;

6.  I am familiar with the subject matter of this litigation.

7.  I DO SOLEMNLY SWEAR (OR AFFIRM OR PROMISE) that I will support the

Constitution of the United States and that I will demean myself uprightly and according

to law and the recognized standards of ethics of the legal profession.  I do further swear

(or affirm or promise) that I have read the Federal Rules of Civil Procedure, 28 U.S.C.;

the Federal Rules of Criminal Procedure, 18 U.S.C.; the Federal Rules of Evidence, 28

U.S.C.; and the Uniform Local Rules of the United States District Court for the Middle

District of Louisiana, and that I am fully prepared to use and abide by them in my

practice before this Court.

Dated this 30 day of June , 2005

Philip D. MacWilliams
McKee Nelson LLP
1919 M Street, N.W.
Suite 800
Washington, D.C. 20036-3537
(202) 775-1145
(202) 775-8586 (Fax)

SUBSCRIBED AND SWORN TO before me this 30th day of June , 2005

NOTARY PUBLIC

My Commission Expires:

Vicki L. Watkins
Notary Public, District of Columbia
My Commission Expires 8-31-2008

2




## District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

PHIL D. MACWILLIAMS

was on the ___12TH___ day of ___AUGUST, 2003_____ duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 21, 2005.

GARLAND PINKSTON, JR., CLERK

By: _____
           Deputy Clerk

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHEMTECH ROYALTY ASSOCIATES, L.P. BY DOW EUROPE, S.A., AS TAX MATTERS PARTNER | : : : : : | CIVIL ACTION<br>NO. *05-944-C-M3* |
| VS. | : : : | |
| UNITED STATES OF AMERICA | : : : : | |

# ORDER

Considering the foregoing motion for admission *pro hac vice* filed by CHEMTECH ASSOCIATES, L.P., by DOW EUROPE, S.A. as Tax Matters Partner:

**IT IS HEREBY ORDERED** that John B. Magee, David J. Curtin, James D. Bridgeman, Rajiv Madan, Hartman E. Blanchard, Jr., Ronald L. Buch, Jr., and Philip D. MacWilliams should be and are hereby granted leave to enroll *pro hac vice* as additional counsel for CHEMTECH ASSOCIATES, L.P., by DOW EUROPE, S.A. as Tax Matters Partner.

This _____ day of July, 2005 at Baton Rouge, Louisiana.

_____

**UNITED STATES DISTRICT COURT JUDGE**