FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

05 JUL 18 PM 2:02

SIGN_____
by DEPUTY CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CHEMTECH ROYALTY ASSOCIATES, L.P. BY DOW EUROPE, S.A., AS TAX MATTERS PARTNER | : CIVIL ACTION<br>:<br>: NO. 05-944-C-M3<br>: |
| VS. | : |
| UNITED STATES OF AMERICA | : |

# ORDER

Considering the foregoing motion for admission *pro hac vice* filed by CHEMTECH ASSOCIATES, L.P., by DOW EUROPE, S.A. as Tax Matters Partner:

**IT IS HEREBY ORDERED** that John B. Magee, David J. Curtin, James D. Bridgeman, Rajiv Madan, Hartman E. Blanchard, Jr., Ronald L. Buch, Jr., and Philip D. MacWilliams should be and are hereby granted leave to enroll *pro hac vice* as additional counsel for CHEMTECH ASSOCIATES, L.P., by DOW EUROPE, S.A. as Tax Matters Partner.

This 18th day of July, 2005 at Baton Rouge, Louisiana.

_____
UNITED STATES DISTRICT COURT JUDGE

324825v.1