# PLAINTIFF'S EXHIBIT

# B-2

| Deposition Excerpts | |
|---|---|
| **Deponent** | **Pages Included** |
| Brink, Paul | 1, 12-13, 15-16 |
| Curry, William | 1, 43-49, 191-192, 227-228, 353-358 |
| Escudero, Alfonso | 1, 37-39 |
| Falla, Enrique | 1, 42-54, 61-62, 85-86 |
| Hahn, Charles | 1, 13-14, 24-25, 34-35, 109-110, 145-148, 155-156 |
| Jones, Craig | 1, 19-20, 78-84 |
| Merszei, Geoffery | 1, 102-118 |
| Reinhard, Pedro | 1, 283-301 |

1

```
 1        IN THE UNITED STATES DISTRICT COURT FOR THE

 2               MIDDLE DISTRICT OF LOUISIANA

 3

 4     - - - - - - - - - - - - - - - x

 5    CHEMTECH II, L.P.,              : Civil Action  No.

 6    BY IFCO, INC., as Tax          : 07-405-RET-DLD

 7    Matters Partner,               : CONSOLIDATED

 8         Vs.                       : WITH Civil

 9                                   : Action No.:

10              Plaintiff,           : 05-944-RET-DLD

11                                   : And

12    UNITED STATES OF AMERICA,      : Civil Action No.

13              Defendant.           : 06-258-RET-DLD

14     - - - - - - - - - - - - - - - x

15              Deposition of CRAIG JONES

16                   Washington, D.C.

17                 Friday, May 16, 2008

18                     8:44 a.m.

19    Job No.:  1-24898

20    Pages 1 - 219

21    Reported by:  PAULA G. SATKIN, RPR

22
```

CRAIG JONES

19

1    discussion of any tax issues done at meeting."

2                Now, this -- this e-mail appears

3    to be from Paul Janicki; is that correct?

4         A.   No.

5         Q.   Can you tell who it's from?  Oh,

6    I'm sorry, Eric Blackhurst?

7         A.   Yes, from Eric Blackhurst.

8         Q.   And who was Eric Blackhurst?

9         A.   He was a financial lawyer in Dow's

10   Legal Department.

11        Q.   Was he one of the four people who

12   you've spoken of before?

13        A.   No.  He was in the -- in the Legal

14   Department that wasn't part of the Tax

15   Department.

16        Q.   So the Tax Department wasn't

17   strictly legal then?

18        A.   No.  The Tax Department has

19   accountants and lawyers.

20        Q.   Okay.  How many accountants does

21   the Tax Department have, or did it have at this

22   time?

CRAIG JONES

Chemtech Royalty v. United States of America                              5/16/2008

20

1          A.    In Midland, around 45.  Well, 45

2     non-lawyers, some administrative people.  Say 30

3     accountants, 15 admin, and four or five lawyers.

4          Q.    **Okay.  You said in Midland.  Were**

5     **there other offices?**

6          A.    Yes.

7          Q.    **Where were those?**

8          A.    Dow has tax people in every

9     geography where we operate.

10         Q.    **Did they -- did Dow have tax**

11    **people in its office in Switzerland?**

12         A.    Yes.

13         Q.    **Were you ever assigned there?**

14         A.    No.

15         Q.    **Who was the head of that office**

16    **during this period of time?**

17               MR. BLANCHARD:  Which office?

18    BY MR. WELSH:

19         Q.    **The Horgen office, the one in**

20    **Switzerland?**

21         A.    I believe it was John Pierre

22    Lallement, L-A-L-L-E-M-E-N-T.

78

1   and answered.

2                    THE WITNESS:  No.

3                    (JONES Exhibit Number 590 was

4   marked for identification.)

5                    THE WITNESS:  Okay.

6   BY MR. WELSH:

7            Q.   Okay.  Mr. Jones, you reviewed

8   Exhibit 590?

9            A.   Yes.

10           Q.   Have you ever seen this e-mail

11   before?

12           A.   Not that I recall.

13           Q.   You are not mentioned on this

14   e-mail; correct?  As either the sender or

15   receiver or recipient of a copy?

16           A.   Correct.

17           Q.   This e-mail is dated March 7,

18   1998.  I'm sorry, April 7th, and Exhibit 589 was

19   dated March 12th, 1998; correct?

20           A.   Yes.

21           Q.   Do you know if the -- down to the

22   second half of Exhibit 590, there's a caption

79

1    which says, new project Chemtech II, and again

2    Chemtech II was the GAMBA transaction; is that

3    correct?

4           A.    Correct.

5           Q.    And it shows a risk adjusted NPV

6    risk factor at 51 percent.  Do you know whether

7    that 51 percent is the same as that which is

8    referred to in Exhibit 589?

9           A.    I do not know that.

10          Q.    Based on what you know of the

11   transaction do you believe that that's the same

12   51 percent risk factor that's set forth in 589?

13                MR. MAGEE:  Objection to form.

14                THE WITNESS:  It makes sense that

15   it's the same 51 percent.

16   BY MR. WELSH:

17          Q.    Who was Paul Janicki?

18          A.    He was another person in the

19   Treasury Department at Dow.

20          Q.    What was his job there?

21          A.    Very similar to Dave Grzebinski's.

22          Q.    Did they work together?

80

1          A.     Yes.   And Dave Grzebinski left the

2    company at some point.   It could have been

3    during that period.

4          Q.     And as far as you know, did Mr.

5    Janicki take over Mr. Grzebinski's workload or

6    some portion of it?

7          A.     I think he did.

8          Q.     And as far as you know was

9    Mr. Janicki assigned to the Chemtech II

10   transaction?

11         A.     Yes.

12         Q.     The last portion of Exhibit 590

13   says, methodology 2.   Do you see that?

14         A.     Yes.

15         Q.     Were you involved at all in

16   determining the figures which are set out under

17   methodology 2?

18         A.     I do not recall being involved

19   with these figures.

20         Q.     In the middle of Exhibit 590 there

21   is, in bold type it says, actual NPV through the

22   end of 1997 was, and then there's a number of

81

1      $132 million; correct?

2              A.    Correct.

3              Q.    And below that it says, risk

4      adjusted NPV (risk factor was 60 percent) and

5      then a minus expenses.

6                    Do you know what the 60 percent

7      risk factor referred to?

8              A.    I do not know.

9              Q.    Did you know at the time, that is

10     April 1998?

11             A.    I don't know that I ever saw this

12     memo.

13             Q.    Do you recall being involved in

14     any discussions of the risk factor of the

15     Chemtech I transaction?

16             A.    Well, I was not at Dow when it was

17     done, but being a lawyer in the Tax Department I

18     was involved with the constant analysis of all

19     of our transactions as to their probability of

20     success.

21             Q.    Okay.  So then I take it there

22     were occasional discussions of the risk factors

82

1    affecting ongoing transactions?

2             A.    I would always be on the look out

3    for legal developments that would change the

4    potential tax treatment of any Dow transaction.

5             Q.    **And that would -- that is the**

6    **potential tax treatment then would affect the**

7    **risk factor of the transaction success?**

8                   MR. BLANCHARD:  Objection to the

9    form and characterization.

10                  THE WITNESS:  I don't recall

11   thinking of the legal analysis in terms of risk

12   factors.  It's a function of what developments

13   and what law is out there.

14   BY MR. WELSH:

15            Q.    **And the changes in law, are those**

16   **factors which would be considered in assessing**

17   **the riskiness or risk factor of a particular**

18   **transaction?**

19            A.    Yes.

20            Q.    **And was that what you were**

21   **referring to when you were talking about the**

22   **risk factors involved in the GAMBA transaction?**

**CRAIG JONES**

83

```
 1                    MR. BLANCHARD:  Objection.
 2                    THE WITNESS:  I was -- my job was
 3    to determine what the tax treatment of any Dow
 4    transaction would be.
 5    BY MR. WELSH:
 6           Q.    And that was considered in the
 7    computation of the risk analysis?
 8           A.    I didn't -- I didn't think about
 9    nor was I charged with keeping a running
10    percentage of success for Dow transactions.
11           Q.    But you did, on occasion, opine as
12    to the percentage of success of a particular
13    transaction from a tax standpoint?
14           A.    I would opine on the likely
15    outcome, yes.
16           Q.    And that would involve, of course,
17    a percentage of chance of success or failure?
18           A.    Not always, no.
19           Q.    But it would on occasion?
20           A.    Yes.
21           Q.    And that's what you were talking
22    about in Exhibit 589 when you talked about the
```

84

1    51 percent factor?

2                    MR. BLANCHARD:  Objection,

3    instruct the witness not to answer.

4                    (Government Exhibit Number 591 was

5    marked for identification.)

6    BY MR. WELSH:

7            Q.    Okay.  Sir, have you reviewed

8    Exhibit 591?

9            A.    Yes.

10           Q.    Okay, sir, it appears to be a

11   string of e-mails running from March 16, 1998 to

12   March 19th, 1998, and you're either the sender

13   or the recipient in these e-mails.  Are you that

14   Craig Jones?

15           A.    Yes.

16           Q.    And do you doubt that you are

17   the -- that you received and sent these various

18   e-mails?

19           A.    No.

20           Q.    Can you tell me what this string

21   of e-mails was talking about?

22           A.    From reading it now it involves

1

```
 1                    UNITED STATES DISTRICT COURT
 2                    MIDDLE DISTRICT OF LOUISIANA
 3
 4     CHEMTECH ROYALTY ASSOCIATES, L.P.,
       by DOW EUROPE, S.A., as Tax Matters
 5     Partner,
 6                              Plaintiff,
                                              Civil Action Nos.:
 7          vs.                                05-944-RET-DLD
                                               06-258-RET-DLD
 8     UNITED STATES OF AMERICA,               07-405-RET-DLD
 9                              Defendant.
       _____/
10
11
12              DEPOSITION OF:  GEOFFERY E. MERSZEI
13                  March 28, 2008, at 8:15 a.m.
14                  Dow Center, Midland, Michigan
15
16     APPEARANCES:
17       For Plaintiff:     McKEE NELSON LLP
                            BY:  JOHN B. MAGEE, ESQ.
18
         For Defendant:     U.S. DEPARTMENT OF JUSTICE
19                          BY:  ROBERT L. WELSH, ESQ.,
                                 DEBORAH MORRIS, ESQ.
20                               (by telephone)
21       ALSO PRESENT:      CAROL WRIGHT, IRS.
22
         Reported by:       DIANE KRAYNAK, RPR, CSR-2122
23                          Certified Shorthand Reporter
                            989-835-9171   Fax:  989-835-6064
24
25
```

```
                                                              102
 1              We had a relationship with BBL in other activities and
 2         so, again, I -- I don't recall whether it was specific to
 3         this transaction or in general.  BBL was a bank that was
 4         dealing with us with the Benelux, you know, Edegem being
 5         close to Brussels, so we had a regular -- we had regular
 6         discussions on all sorts of banking requirements.
 7              (Government Exhibit 439 was marked by the reporter.)
 8    Q    Sir, I'll hand you what's been marked as Exhibit 439.
 9    A    Yes, sir.
10    Q    Sir, are you the Geoffery Merszei shown as the recipient of
11         a copy of this e-mail?
12    A    Yes, I am.
13    Q    Do you recall the e-mail?
14    A    No, but I recognize my handwriting.
15    Q    Where it says "File Chemtech", that's your handwriting?
16    A    That's me.
17    Q    Who was Paul D. Janicki?
18    A    Paul D. Janicki was -- let's see.  At that time he was a
19         financial planner.
20    Q    For Dow.
21    A    For Dow.
22    Q    And he was here at headquarters?
23    A    He was located in Midland.
24    Q    It says:  "In response to your inquiry".
25              Do you know whose inquiry that was?
```

**GEOFFERY E. MERSZEI**

103

1    A    No.  I can just make a deduction based on the e-mail.

2    Q    **You think it was Mr. Reinhard.**

3    A    Correct.

4    Q    **Do you recall discussing this matter with Mr. Reinhard which**

5         **is the subject of this e-mail?**

6    A    I don't recall.

7    Q    **In bold the second line down in the e-mail, it says:  "The**

8         **original forecasted NPV of the project was $180 million", is**

9         **that correct?**

10   A    That's what is stated here.  I do not recall what the

11        original forecast was.  I was -- I was not involved in the

12        inception of this transaction.

13   Q    **What does NPV stand for?**

14   A    Net present value.  Taking the projected cash flows and

15        discounting it back, and then you get the net present value.

16   Q    **So the net present value would have been calculated, as far**

17        **as a forecasted net present value, would have been**

18        **forecasted as of when the Chemtech transaction was entered**

19        **into in 1993, is that correct?**

20   A    Whenever it was projected to be implemented and then based

21        on the -- on the life of that project, with the cash flows

22        and discounted back.

23   Q    **For my understanding, tell me -- and you can use this as an**

24        **example -- how this net present value would have been**

25        **calculated.**

104

1    A    Looking at from the day the company invests to the day it

2         terminates and gets back its funds, what would be the value

3         of those funds over that period of time, the life of that

4         investment.

5              That is a net present value calculation based on every

6         project that we have in Dow.

7              So if you invest in a project, in another project,

8         maybe a plant in China, the net present value would be maybe

9         a longer period; it would be a 20- or 30-year period,

10        discounting back the cash flow to today's value.

11             And then you have a risk adjustment because a lot of

12        things can happen in any investment.  The environment can

13        change; commercial environment can change; economic

14        environment can change, et cetera, so every project is

15        risk-adjusted.

16   Q    And this one, it shows a risk adjustment factor of 60

17        percent.

18   A    Yes.

19   Q    It says you discounted the original $180 million by 60

20        percent.

21   A    By 40 percent.

22   Q    I'm sorry.  The risk factor --

23   A    The risk factor is 60, so you reduce it by 40, and that's

24        how you get to the 108.  And that's what we do with every

25        project.

105

1   Q   So what's the risk factor mean exactly?

2   A   In this transaction I can't tell you specifically what it

3       is.

4           For instance, if you invest in a high-risk country, the

5       question is, you know, what happens if an investment is

6       nationalized by local government, what happens -- what is

7       the probability for that to happen, what is the probability

8       that funds are blocked in a given country, what happens if

9       there's a terrorist attack, so, many, many types of risks.

10          So you have, it would be a portfolio of risk.  It would

11      be many risks.  It would be maybe 20 different items.  And

12      then it all adds up to whatever the discount factor is.

13          And so here I was not involved in the -- in the risk

14      assessment, but a 40 percent discount factor is -- is not

15      unusual.  In some cases it's higher; in some cases it's

16      lower.

17  Q   But you don't know what the discount factor would have been

18      in this case, in the case of Chemtech.

19          MR. MAGEE:   I'm sorry?

20  A   It's 40 percent.

21  Q   I'm sorry, it's 40 percent.  The risk factor is 60 percent

22      so you discount it --

23  A   I discount it by 40.  I just don't know the composition of

24      it because it has, you know, call it enterprise risk, it has

25      many different components, and so I -- I don't know how --

```
 1        every investment has a different composition of the risk

 2        factor.

 3   Q    And I think you said that Dow always does one of these risk

 4        factor analyses for any project that it enters into, is that

 5        correct?

 6   A    Most definitely.  Most definitely.  Yes.  The answer is yes.

 7        Sorry.

 8   Q    So you would have -- one would have been done -- well, one

 9        was done apparently, is that correct, for the Chemtech

10        project?

11   A    Yes.

12   Q    And this is something that's kept by treasury of Dow, or who

13        keeps these?

14   A    Keeps them?  Well, no, it's the -- it's treasury; it is --

15        it's not always treasury depending on who's involved in it.

16             We have a -- strategic planning gets involved in it,

17        depending on who the people are that are working on a given

18        transaction.  It depends on who Mr. Pedro Reinhard assigns

19        to work out what the various risk factors are.

20   Q    Well, --

21   A    I would today get involved in, if we have an investment in

22        China -- these are quite often -- it's not an exact science.

23        There's some, you know, -- and the risk profile changes by

24        the year.

25   Q    I understand.  Well, in an investment such as the Chemtech
```

107

1        transaction, -- I mean, I understand your examples of actual

2        physical discord creating risk factors.

3            In this kind of a transaction give me some examples, if

4        you can, of what risks would have caused the discount of 40

5        percent of an investment like Chemtech.

6    A   Boy, I have to think, you know, aloud here.  Again, I was

7        not -- I was not part of it.

8    Q   I mean just in general.

9    A   Well, you have the -- let's think about this.  You could

10       have -- these are -- in this case, on the top one, you're

11       talking about a portfolio of patents that for one reason or

12       another perhaps were not -- where the technology was not as

13       successful as what it was thought it was going to be.

14           If a -- ultimately if a market segment, a geography

15       does not perform business-wise as expected, then the value

16       of that patent may decline.

17           You could have -- because it's outside of the United

18       States, you could also have some political risk factors.

19           But, like I said, I -- I'm the wrong person to respond

20       on that.

21   Q   I understand.  But in this case this e-mail is addressing

22       the risk factor projections and actual risk factors to Dow,

23       correct?

24   A   (No response.)

25   Q   The Dow Chemical Company?

108

```
 1   A   Right.
 2   Q   Okay.  Down at the bottom there's a heading that says New
 3       Project (Chemtech II), estimated net present value, NPV, of
 4       the new project 105 million, risk-adjusted NPV, risk factor
 5       51 percent.
 6           Correct?
 7   A   That's what it states, yes.
 8   Q   Were you involved in the calculation of the net present
 9       value of Chemtech II?
10   A   No.
11   Q   Are you familiar with Chemtech II?
12   A   I am not familiar in the details.  I know that it no longer
13       holds patents but it holds a manufacturing site.
14   Q   Who would have been involved in -- if you know, in
15       estimating the net present value of Chemtech II?
16   A   Probably -- I don't know.  I don't know.  Someone in finance
17       who was working with Pedro on that.
18           Pedro, because he was the -- because he was very much
19       involved when he was the treasurer of the company in
20       Chemtech I, also was the person who was leading the
21       discussions in Chemtech II, which, again, is very common in
22       Dow.
23           Just because you're moving into a job, that doesn't
24       mean you just take over everything, right?  I mean, Pedro
25       was familiar with Chemtech I and so he continued -- he
```

109

1      continued that role.  And then new projects that would

2      arrive, totally new concepts, ideas, then I would be driving

3      in that role as treasurer.

4          So Pedro perhaps -- I'm not supposed to say perhaps if

5      I'm not sure.

6   Q  **Would Mr. Janicki have been involved in the actual**

7      **computations of the net present values shown on Exhibit 439?**

8   A  I'm not certain.  I don't know.

9   Q  **Also shown on this document is Charles Hahn.  Who is he at**

10     **that time?**

11  A  Chuck Hahn at that time was the -- '98, was the -- I think

12     he was the tax director at the time.

13  Q  **Tax director of Dow Chemical?**

14  A  The Dow.

15  Q  **There's a heading at the bottom of Exhibit 439 above Mr.**

16     **Janicki's e-mail signature which says Methodology 2.**

17         **It says:  "For Chemtech II, if one factors in all the**

18     **related costs (including financing costs, et cetera) then**

19     **the NPV of the project has the following range."**

20         **It has for financing of 300 million and a certain**

21     **amount for financing of 200 million.**

22         **For purposes of my education, can you tell me what**

23     **that's talking about.**

24  A  Boy, oh, boy.  I don't know the difference other than

25     obviously the size, the 300 and the 200 million.  I don't

110

1      know what he's referring to here.  The methodology, I'm

2      sorry, I was not involved in it.

3    Q    That's okay.  So when it talks about risk factor up above,

4      it says the risk factor was 60 percent, that's a positive 60

5      percent, that is, you discounted by the offsetting part of

6      the percentage; you discounted by the 40 percent related to

7      the 60 percent so you have a real risk of losing 40 percent,

8      is that correct?

9    A    That's correct.

10   Q    Okay.

11   A    Yes.

12   Q    So on the Chemtech II you had a real risk then of losing 49

13      percent of the value, correct?

14   A    Correct.

15   Q    How complicated -- well, tell me if it's correct:  Does how

16      complicated computing these risk factors is depend on where

17      the investment is and how many different items are

18      considered in the discounting risk factor?

19   A    Yes.  Sometimes less items represents more risk.  It's the

20      principle of risk, right?  If you have many items that are

21      not -- they're bound not to all occur at once.

22          If you have less items that can -- or events that can

23      happen, then you have more of a concentration of risk, which

24      means that -- that you have to discount it a little more.

25          Now, that's a general -- that's a general principle of

111

1    risk management.  May or may not apply here.

2  Q   In terms of risk management and then computing out these net

3      present values -- risk-adjusted net present values, I

4      understand the actual physical restrictions, I mean, if you

5      open a plant in Nicaragua, you've got certain physical

6      risks, for instance, or China, but in terms of an investment

7      in a place like the United States or Europe, what kind of --

8      I'm just speaking generally now.

9  A   Sure.

10  Q   Based on your knowledge of these things, what kinds of risks

11     do you factor into these risk factor analysis computations?

12            MR. MAGEE:  For a plant?

13            MR. WELSH:  Well, for, say, an investment like an

14     investment in Chemtech.

15            MR. MAGEE:  Asked and answered.  Objection.

16            MR. WELSH:  I'm just trying to understand this,

17     John.  Just bear with me here.

18  A   For a plant it would be -- it would be environmental risk;

19     it would be utilization risk; in other words, if a plant is

20     utilized at 92 percent capacity versus 80 percent capacity

21     has a huge difference on the economics, you know, the

22     economy of scale.

23        Then you have the nature of the product that it

24     produces, who it sells to, if it sells to one or two major

25     off-take customers versus, you know, many.

1              I mean, I could just go on.

2    Q    I just wanted a general --

3    A    Those are the risks.  These are risks.  Even though -- and,

4         in fact, in the U.S. sometimes the risk is even higher than

5         other countries because in other countries you may have

6         expropriation risks but then here you have product liability

7         risk, you know, to keep his industry (indicating) happy, et

8         cetera, et cetera.  Sorry.

9    Q    His and John Edwards'.

10   A    No comment.

11   Q    That's quite all right.  I understand.

12             But in terms of a financial investment, what are --

13        just as examples, if you can help me out here, what are the

14        risks that would be factored in in a computation such as

15        this?

16   A    Well, you've got the -- you've got the -- you have -- let me

17        think aloud here.

18             You have the investment risk, the funds that are in

19        there that are being invested.  That always, you know, has a

20        risk.  The excess -- you know, the funds that are in -- that

21        were in Chemtech that were invested, you know, overnight

22        deposits, --

23   Q    I see.

24   A    There's a risk there.  There's a risk that the partners, the

25        multiple partners, behave in a strange way.  Those are

113

1    perhaps some of the obvious ones.

2         But, again, because I was not involved in detail in

3    this transaction, there are probably many other risks that,

4    you know, I can't think of right now.

5  Q   **I understand.  I was just trying to generally understand it,**

6      **how it worked.  I understand you said you weren't involved**

7      **in the computation of either -- for Chemtech I or Chemtech**

8      **II, the risk analysis.**

9  A   No.  I'm just describing the kind of general ways we assess

10     risk.

11 Q   **Is there a particular office that does that, that assesses**

12     **the risk?**

13 A   Different offices.  Like I said, we have people in financial

14     planning, in risk management, and in treasury that do it.

15     It's not a -- this is -- there is not a perfect process for

16     that because every investment is different.

17         We in fact try to avoid giving, you know, a number like

18     10 percent or 20 percent risk adjustment without

19     understanding the uniqueness of each investment because

20     otherwise, if you do that, then every business will make an

21     adjustment and make it attractive in order to invest, right?

22         So we purposely don't assess a risk assessment on it

23     until we -- we start analyzing this proposal, whether it's

24     from the business or whether it's from -- in this case, you

25     know, this equity financing being generated from the CFO or

114

1          the treasurer, and only after we have the proposals, we will

2          then risk-adjust it.

3                So they don't come into the review with it being risk-

4          adjusted.  We risk-adjust it afterwards, after the -- call

5          it the sponsors present the investments because everyone is

6          a little bit unique.

7    Q    **So you sort of have a check then on the sponsors of the --**

8    A    We have a check then on the sponsors and then -- today, for

9          instance, I would be the one, the ultimate check as the CFO,

10         and I would then ask questions.

11               Once I understand the transaction -- really, the major

12         part of the risk is always -- it always comes down to the

13         cash flows, right?  Because ultimately are you going to --

14         are you going to get all the cash flow back?  That net

15         present value is based on the cash flow projection, right?

16         So then you try to understand, what are the various risks

17         that may cause that cash flow not to come back.

18               And I would assign it -- today I would assign it to

19         perhaps the treasurer or perhaps the financial planner.

20               Again, it's not -- there's not a rulebook on that.  It

21         could be a variety of people.  It's not that -- the

22         calculation methodology is not that difficult.  What is a

23         little bit more difficult is to truly understand the cash

24         flows, okay?  And for that, you need then the -- you need to

25         sit down with the people who are the transaction and they

115

1       will then -- while they describe the transaction, the cash

2       flows, that's how you determine what the risk factor should

3       be.

4    Q  **Okay.  And who finally comes up with this number here, this**

5       **50 or 60 percent number?**

6    A  Well, I don't know whether this is the final number.  I

7       don't recall this e-mail so --

8    Q  **In a generic sense, who finally comes up with the number?**

9    A  In the generic sense it could be, like I said, strategic

10      planning or -- I mean, you want a group of people.

11   Q  **Well, however it works in Dow.**

12   A  In this case it could have been this person or it could have

13      been someone else who was in strategic planning, and I don't

14      recall who the people were in strategic planning.  It could

15      be --

16   Q  **When you say in this case it could have been -- who?  Mr.**

17      **Janicki or somebody else?**

18   A  It could -- I'm not supposed to speculate.  He's going to

19      get me into trouble.

20   Q  **No; I'm just trying to understand it.**

21   A  I'm not trying to be funny here.

22   Q  **No, I understand.**

23   A  This is not an exact science in terms of how we calculate it

24      because you've got to talk to the people who understand the

25      transactions, okay?  Because the actual arithmetic is fairly

116

1      easy.

2   Q  **Right.**

3   A  So you've got to -- so, you know, in this case we would talk

4      to -- in the case of an equity financing with patents, you

5      would want to understand -- you would clearly want to

6      understand the patents.  You clearly want to understand who

7      the investors are.  You clearly want to understand, because

8      there's a cross-border, you know, activity there, what are

9      some of the risks.

10          If you're talking about a chemical product, you've got

11     to talk to, you know, either an R&D person, or in the case

12     of a plant, the manufacturing head to understand what those

13     potential risks are.

14          And you have different people actually getting this

15     information.  You have finance people within the business or

16     you have treasury folks or you have strategic planning.

17          And the way it normally works is that the CFO -- you

18     know, I have today my favorite people.  If I have confidence

19     in Person X or Y, I would use that person to help me

20     calculate that risk rather than -- than one silo of a person

21     in an office, okay?  Because we have many risks around the

22     company.  So depending on the nature of the risk, I will use

23     different people.

24          I'm sorry to make that so complicated.

25   Q  **No, it's not complicated; it's very interesting.  I wanted**

117

1           to understand how it works.

2    A      It's complicated internally, also.

3    Q      I bet it is.  But then who's the person -- so is it the CFO

4           who finally says, okay, it's going to be 51 percent or 60

5           percent?  Who's the one who actually comes up with that

6           figure?

7    A      Well, it's not an exact science so --

8    Q      I understand that, but somebody's got to have a final say.

9    A      The CFO will take input from the various sources.  You know,

10          there are also some tax risks involved.  And so ultimately

11          then the CFO will decide, well, you know, it's too

12          conservative or not conservative enough and he will --

13          he/she will ultimately then, you know, adjust that factor

14          and determine whatever the net present value is and then

15          determine whether it's attractive enough for Dow as an

16          investment or not.

17   Q      So the CFO -- if this is correct, if what you're telling me

18          as you understand it is correct, the CFO is the one who

19          actually finally decides, okay, the number we're going to

20          use is whatever percent.

21   A      Yes.

22   Q      And that's finally done by the CFO --

23   A      Yes.

24   Q      -- after getting all this input from all these other people.

25   A      Yes.

```
                                                            118
 1   Q   So in that case, back on this one, that would have been

 2       Pedro Reinhard?

 3   A   That's correct.

 4           (Government Exhibit 440 was marked by the reporter.)

 5   Q   Sir, I'm handing you what's marked as Exhibit 440.

 6               MR. WELSH:  Off the record.

 7                   (Discussion off the record.)

 8               MR. WELSH:  Back on the record.

 9   Q   Sir, you have in front of you, I believe, what's been marked

10       as Exhibit 440.

11   A   Yes, sir.

12   Q   And it's an e-mail from Michel Demaré to, among other

13       people, yourself; is that correct?

14   A   That's correct.

15   Q   And there's some handwriting on this exhibit.  Do you

16       recognize the handwriting?

17   A   Yes, I do.

18   Q   Whose handwriting is it?

19   A   Mr. Reinhard's.

20   Q   It appears to say:  "Geoff, Chuck".

21           And I can't -- can you read the rest of it?

22   A   On the bottom here?

23   Q   Yes.

24   A   I never claimed I could read his writing.  I recognized his

25       scribbles.  "Leave it to your initiative"?  I don't know.  I
```

Joao Pedro Reinhard
**CONFIDENTIAL**

1

1

2

3       UNITED STATES DISTRICT COURT

4       MIDDLE DISTRICT OF LOUISIANA

5    ---------------------------------------

     CHEMTECH ROYALTY ASSOCIATES, L.P., by DOW

6    EUROPE, S.A., as Tax Matters Partner,

7                         Plaintiff,

8            v.        Case No.:

9    05-944-RET-DLD, 06-258-RET-DLD, 07-405-RET-DLD

10

11   UNITED STATES OF AMERICA,

12

13                       Defendant.

     ---------------------------------------

14

15

16

17              CONFIDENTIAL

18      VIDEOTAPED DEPOSITION OF

19         JOAO PEDRO REINHARD

20         Friday, May 30, 2008

21             7:49 a.m.

22

23

24   Reported by:

     Mary Goff, Professional Reporter

25   JOB NO. 187246

Joao Pedro Reinhard
**CONFIDENTIAL**

283

```
1                        Reinhard
2    Pedro Reinhard.
3             (Deposition Exhibit 691 was marked.)
4        A    Thanks.  Yep.
5        Q    (BY MR. WELSH) All right.  Mr. --
6    Mr. Reinhard, have you reviewed Exhibit 691?
7        A    Yes.
8        Q    Now, is this one of the documents
9    that you looked at last night?
10       A    I think I saw it.
11       Q    Did you discuss this document with
12   anyone last night?
13       A    No.
14       Q    Did you discuss it with your
15   attorney?
16       A    No.
17       Q    Did you discuss this document with
18   either Mr. Magee or Mr. Blanchard?
19       A    (Shook head.)
20       Q    Did they ask you any questions about
21   it?
22       A    Not that I recall.
23       Q    Did they ask you any questions about
24   any documents?
25       A    That was the first time I saw them
```

284

1                           Reinhard
2     in a long time, after 15 years almost -- or
3     10 years so --
4           Q     A reunion after --
5           A     Yeah, as I said, but --
6           Q     Now --
7           A     -- not -- not on this specific one.
8           Q     -- now, on this document, sir, is
9     the handwriting at the top yours?
10          A     Yes.
11          Q     And is the handwriting -- is all the
12    handwriting on this document yours?
13          A     Yes.
14          Q     And there -- there's no marks made
15    by anyone else?
16          A     No.
17          Q     Okay.  And, sir, at the time of
18    this -- that this E-mail was -- was created,
19    that is, April 7, 1998, again, you were the
20    chief financial officer --
21          A     That's correct.
22          Q     -- of the Dow Chemical Company?
23          A     That's correct.
24          Q     With oversight over all the
25    financial operations?

285

1                          Reinhard

2          A     That's correct.

3          Q     And the E-mail is from Paul Janicki?

4          A     Yes.

5          Q     And who is Mr. Janicki?

6          A     He worked in the corporate treasury

7     group.

8          Q     All right.  And Mr. Janicki is

9     sending this E-mail to you, and it says,

10    Importance:  High.  In response to your

11    inquiry, that would be your inquiry, Mr. --

12    Mr. Reinhard, the following is the information

13    you requested regarding Chemtech?

14         A     Yes.

15         Q     And the first line is the original

16    forecasted NPV.  What does NPV stand for?

17         A     Net present value.

18         Q     Of the project.  And that was the

19    Chemtech project?

20         A     That's correct.

21         Q     That's Chemtech I?

22         A     That's correct.

23         Q     Was $180 million; is that correct?

24         A     That's correct.

25         Q     And it says, The risk adjusted NPV

286

1                          Reinhard

2      (risk factor was 60 percent) minus expenses.

3      And it shows a net figure of $98 million,

4      correct?

5              A     Correct.

6              Q     Now -- now, how was the original

7      forecasted net present value of the project

8      calculated?

9              A     Through the model that you saw.

10             Q     Through those models which --

11             A     Yeah.

12             Q     -- are the prior exhibits?

13             A     Yeah.

14             Q     So would -- would this -- the top

15     original forecasted net present value be a

16     figure which was obtainable from the -- what

17     was -- what we showed as the -- as the

18     final -- what you referred to as the --

19             A     I don't know.

20             Q     -- final model?

21             A     I don't know exactly the detail

22     there.

23             Q     Okay.  But it would have come from

24     one of the -- one of model assumptions that we

25     look at earlier?

287

1                    Reinhard

2        A    Yeah.

3        Q    Okay.  And it says, The risk

4    adjusted net present value (risk factor was

5    60 percent).

6             How was the risk factor of

7    60 percent arrived at?

8        A    I don't recall.

9        Q    Do you know who finally determined

10   on a risk factor of 60 percent?

11       A    No.

12       Q    Did you have any input into that --

13       A    No.

14       Q    -- number?  Did you discuss the --

15   the 60 percent risk factor with anyone?

16       A    Not that I recall.

17       Q    In your position as chief financial

18   officer, were you involved in the final

19   determination of what a risk factor discount

20   for the company would be for any particular

21   project?

22       A    On any particular project for the

23   company the discount rate was -- you used was

24   12 percent, which embedded some of those risk

25   factors.

Joao Pedro Reinhard
**CONFIDENTIAL**

288

```
1                      Reinhard
2          Q     Okay.  And how would the risk
3    factor -- the discount rate get from
4    12 percent to 60 percent?
5          A     Well, 12 percent --
6                MR. MAGEE:  Objection to the form.
7          A     -- 12 percent is a net present
8    value discount rate.  60 percent is a risk
9    factor.  That's not the net present value
10   discount rate.
11         Q     (BY MR. WELSH) Okay.  Then what
12   is --
13         A     Those are two different things.
14         Q     Okay.  What is the -- the
15   60 percent?
16         A     I don't know.  I -- I saw that
17   right now.  I don't recall the 60 percent.
18         Q     And you don't recall having any
19   input into the -- the final number for a risk
20   factor as -- as shown here as 60 percent for
21   the Chemtech I --
22         A     I --
23         Q     -- transaction?
24         A     -- I normally don't have any input
25   on this.
```

289

1                          Reinhard

2          Q     As CFO, you -- you normally didn't

3     have any input into determining what the --

4     the risk factor discount rate was --

5          A     You are -- you are --

6          Q     -- I'm sorry -- the risk factor

7     percentage was?

8          A     Discount -- discount rate on net

9     present value -- discount rates are guided by

10    corporate guidelines.  Risk factors, when

11    they applied, are determined by the

12    respective experts in a plant, in marketing,

13    in research, wherever.

14         Q     In your -- in your role as CFO, can

15    you tell me how this risk factor -- what

16    all -- what all considerations went into

17    coming up with the 60 percent?

18         A     I told you that I don't know.  I

19    don't recall.  I already told you before.

20         Q     Okay.  As a general matter as CFO,

21    did you know what factors went into -- into

22    the consideration of what a final risk factor

23    percentage was?

24              MR. WAGNER:  Objection to form.

25         A     I think I responded to you before.

Joao Pedro Reinhard
**CONFIDENTIAL**

290

1                     Reinhard

2        Q    (BY MR. WELSH) Well, maybe I didn't

3    understand.  Can you tell me again?

4        A    No.  I -- I don't remember how this

5    was calculated.

6        Q    Well -- okay.  Let's go back a step

7    then.  As a -- as a general matter, do you

8    know how risk factor percentages were

9    computed --

10       A    It depends --

11       Q    -- at the time you were CFO?

12       A    -- it depends on what item.

13       Q    I -- and I --

14       A    So if you give me a specific, I

15   will give you a specific answer --

16       Q    Okay.

17       A    -- as best as -- as I know.

18       Q    No.  I know.  I understand.  In a

19   project like Chemtech, what factors went into

20   the determination of a final risk factor

21   percentage?

22            MR. MAGEE:  Object to the form.

23       A    Chemtech's primary purpose was to

24   provide off-balance sheet financing and had

25   secondary benefits that were evaluated by the

Joao Pedro Reinhard
CONFIDENTIAL

291

1                    Reinhard

2    tax department.

3        Q    (BY MR. WELSH) So, sir, are you

4    telling me that the risk factor of 60 percent

5    was a figure which was derived from the tax

6    department?

7        A    I don't know.  I don't know what

8    Paul Janicki came from -- where he got it

9    from, and I -- I cannot tell you that.

10       Q    You have no idea where the

11   60 percent figure or any of its potential

12   component parts came from --

13            MR. WAGNER:  Objection.

14       Q    (BY MR. WELSH) -- in terms of the

15   Chemtech transaction?

16            MR. WAGNER:  Objection; asked and

17   answered.

18       A    I already answered your question.

19       Q    (BY MR. WELSH) You don't recall?

20       A    No.

21       Q    All right.  So the next line down

22   says, Actual NPV, or net present value,

23   through the end of 1987 was $132 million.

24            Did you have any discussion with

25   Mr. Janicki or anyone else concerning that

292

1                      Reinhard

2    figure?

3        A    I had no discussions.

4        Q    Sir, the -- the introductory line to

5    this E-mail from Mr. Janicki to you points out

6    that this is material which you had requested.

7    Do you recall why you requested this

8    information?

9        A    I think it was at the time that

10   they were looking at a new refinancing on

11   Chemtech II, and I just wanted to know what

12   were the benefits of the previous

13   transaction.

14       Q    Okay.  And -- and the few financing,

15   as you referred to it, is shown down at the

16   lower -- the lower portion -- portion of the

17   E-mail where there's an underlining that says,

18   New project (Chemtech II)?

19       A    Yeah.

20       Q    Okay.  And so you were interested

21   since -- at this time you were preparing to --

22   to enter into the Chemtech II transaction,

23   correct?

24       A    That's correct.

25       Q    And so you were interested in the

Joao Pedro Reinhard
CONFIDENTIAL

293

1                         Reinhard

2    information which Mr. Janicki provided you on

3    the net present value figures for the earlier

4    project as compared to projected net present

5    values for the new project, correct?

6         A    I had asked for an update, what

7    were the benefits incurred so far and what

8    were the projected benefits for the future

9    transaction.  That was my request.

10        Q    Okay.  And the information that he

11   gave you were net present value computations

12   and risk factors, correct?

13        A    That's what it shows.

14        Q    And apparently -- at least

15   Mr. Janicki believed that that was the

16   information that you were requesting?

17             MR. WAGNER:  Objection.

18        A    Yeah.  But I didn't ask -- but very

19   specific, I didn't ask what risk factors he

20   put in and et cetera, et cetera, and gave no

21   input.

22             MR. WAGNER:  Note my objection to

23   form.

24        Q    (BY MR. WELSH) When you said you

25   gave no input --

294

1                    Reinhard

2         A    I gave no input what -- what to be

3    used or so.

4         Q    Okay.  Now, the new project

5    "Chemtech II) at the bottom of the E-mail

6    says, Estimated net present value of the new

7    project is $105 million, correct?

8         A    That's correct.

9         Q    And then it shows, Risk Adjusted,

10   net present value (risk factor 51 percent)?

11        A    Yes.

12        Q    So the $105 million is being

13   adjusted by the 51 percent risk factor,

14   correct?

15             MR. MAGEE:  Object to the form.

16        Q    (BY MR. WELSH) Is that correct, sir?

17        A    Pardon?

18        Q    You can go ahead and answer.  The

19   $105 million is being adjusted by the risk

20   factor of 51 percent, correct?

21        A    I think the new financing was

22   giving 105 million potential benefit.

23        Q    Okay.  And then it's -- that

24   $105 million potential benefit is being risk

25   adjusted by 51 percent; is that correct?

295

1                        Reinhard

2        A    That's what it shows, yeah.

3        Q    Okay.  Now, where did the 51 percent

4   risk factor come from?

5        A    I don't -- I don't know.  You have

6   to ask Mr. Janicki.

7        Q    Did you have any input into

8   determining the 51 --

9        A    No.

10       Q    -- percent risk factor?

11       A    No.

12       Q    Do you know who did?

13       A    I don't know.  It should be a

14  permanent (sic) coming from the tax group.

15       Q    From the tax group?

16       A    Yeah.

17       Q    So you believe then that this risk

18  factor percentage came from the tax group?

19       A    Probably.

20       Q    Why do you say it probably came from

21  the tax group?

22       A    Because that's what he probably

23  would have -- have done.

24       Q    And why do you believe that's what

25  he probably would have done?

Joao Pedro Reinhard
**CONFIDENTIAL**

296

1                        Reinhard

2        A    I don't know.  Look, I told you I

3    requested an update on the financing.  But

4    besides the financing, what the secondary

5    effects of benefits were, and what the

6    potential benefits of the new transaction

7    would be.  And that's what came to me.

8        **Q    I understand, sir.  And I appreciate**

9    **that.**

10       A    Okay.

11       **Q    But why do you believe that the risk**

12   **factor percentage would have come from the tax**

13   **group as opposed to some other group?**

14              MR. WAGNER:  Objection; asked and

15   answered.

16       A    Because they have -- the tax group

17   reviews all the transactions that impact Dow

18   Chemical's taxes.

19       **Q    (BY MR. WELSH) Okay.  And this is**

20   **a -- a risk factor which would have been**

21   **affected by tax considerations then?**

22              MR. WAGNER:  Objection.

23              MR. MAGEE:  Objection to the form.

24              MR. WAGNER:  Objection to form.

25              MR. WELSH:  Let him answer, sir.

297

1                      Reinhard

2    I'm sorry, sir.

3              MR. MAGEE:  Let us object, and then

4    he can answer.

5         A    Pardon?

6         Q    (BY MR. WELSH) I'm sorry.  We're

7    just having a discussion.

8         A    Potentially.

9         Q    Okay.  Do you know who in the tax

10   group would have offered advice concerning the

11   51 percent risk factor?

12             MR. MAGEE:  Object to the form.

13        A    I don't know.

14        Q    (BY MR. WELSH) Did you deal with

15   anyone in the tax group concerning the

16   51 percent risk factor?

17        A    I don't remember.

18        Q    Do you recall who was working in the

19   tax group in April 1998?

20        A    Chuck Hahn was the -- was the head

21   of taxes.

22        Q    Would it have been based on your

23   knowledge that the company structure as chief

24   financial officer, Mr. Hahn's position to have

25   input on the computation of the 51 percent

298

1                       Reinhard

2    risk factor?

3         A     Potentially.

4         Q     Do you know anybody else there who

5    might have had input concerning the 51 percent

6    risk factor?

7         A     Not that I know of.

8         Q     Do you know what the 51 percent risk

9    factor showed?

10              MR. WAGNER:  Objection to form.

11        A     What does that mean?

12        Q     (BY MR. WELSH) Do you know what it

13   represented?  What -- what did the

14   51 percent -- what was it 51 percent of?

15              MR. WAGNER:  Objection; asked and

16   answered.

17        A     There was assessment of risks

18   associated with that.  Change of laws or

19   whatever, deductions and so forth.

20        Q     (BY MR. WELSH) Now, down below

21   the -- the risk factor, 51 percent, it says,

22   Methodology 2.  For Chemtech II, if one

23   factors in all the related costs (including

24   financing costs, etc.), then the NPV of the

25   project has the following range:  For

299

```
 1                     Reinhard
 2    financing $300 million, the risk adjusted NPV
 3    is 35 million (nonrisk adjusted NPV is
 4    69 million.)
 5              What's -- what's that describing,
 6    sir?
 7         A    What it says.
 8         Q    Well, being a nonfinancial person,
 9    you might have --
10         A    Well, I am also not --
11         Q    -- to explain it to me.
12         A    -- I have been out of this but
13    for -- if the financing would have been
14    $35 million, they are saying that the risk
15    just NPV is 35.  And if the financing would
16    be $200 million, it would be 40 million.
17         Q    Okay.  So what -- what -- in your
18    knowledge as a financial person and the chief
19    financial officer, what is that telling you?
20         A    That they were considering
21    refinancing and -- by looking at the ranges
22    for financing.
23         Q    Well, what is the -- the risk
24    adjusted NPV is $35 million for -- for
25    300 million -- or for 200 million -- let's
```

300

1                      Reinhard

2      take the 200 million example.  The risk

3      adjusted NPV is 40 million.  What is -- what

4      is that showing?

5              MR. MAGEE:  Objection to form.

6              MR. WAGNER:  Yeah, same objection.

7          Q    (BY MR. WELSH) What does the phrase

8      "The risk adjusted NPV is $40 million" mean to

9      you in the context of --

10         A    It is lower than the risk adjusted

11     that was shown before on Chemtech II,

12     54 million.

13         Q    So how -- in -- in reading this

14     memo?

15         A    It's not a memo.  It's just

16     information --

17         Q    All right.  The information sheet.

18     How does the Methodology 2 information relate

19     to the material above it?

20         A    I don't know.  I don't know the

21     details.

22         Q    And what exactly, again, was

23     Mr. Janicki's position?

24         A    In the corporate treasury,

25     financial planning.

301

1                          Reinhard

2          Q    Sir, you drew a line out to the

3    right from -- you circled the $98 million for

4    Chemtech I and then drew it down and added

5    together the amounts, apparently, for

6    Chemtech II of 100 -- you found -- 123.  Why

7    did you do that?  What did that signify?

8              MR. WAGNER:  Objection to form.

9          A    Just the addition of those two.

10         Q    (BY MR. WELSH) Okay.  Did -- did

11   that have some significance --

12         A    No.  It --

13         Q    -- in your mind?

14         A    -- it just was showing what the two

15   would be adding up.

16              (Deposition Exhibit 692 was marked.)

17         A    Thank you.  Yes.

18         Q    (BY MR. WELSH) Okay.  Sir, have you

19   reviewed Exhibit 692?

20         A    Yes.

21         Q    All right.  Who is David Grzebinski?

22         A    He was working in the corporate

23   treasury.

24         Q    Of Dow?

25         A    Yes.