# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

|  |  |
|---|---|
| CHEMTECH ROYALTY ASSOCIATES, L.P., ) by DOW EUROPE, S.A., as Tax Matters Partner ) ) | |
| Plaintiff, ) | Case No.: 05-944-RET-DLD |
| ) | |
| v. ) | Case No.: 06-258-RET-DLD |
| ) | |
| UNITED STATES OF AMERICA, ) | Case No.:  07-405-RET-DLD |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## AGREED MOTION FOR ENLARGEMENT OF REMAINING PRETRIAL DEADLINES

**NOW INTO COURT**, through undersigned counsel, with the explicit agreement and consent of Defendant's counsel, comes Plaintiff and respectfully moves this Honorable Court for an Order providing for an extension of the deadline for the completion of discovery from experts.  The following grounds support this motion:

1.     On March 3, 2008, Magistrate Judge Docia Dalby issued an order establishing the deadline for, *inter alia*, the completion of expert discovery by January 31, 2009; and the filing of dispositive motions by February 27, 2009.

2.     Due to various scheduling conflicts among the parties and their respective experts, and after consultation, the parties are unable to complete expert depositions by January 31, 2009.

3.      For the foregoing reason, the parties agree to permit discovery from experts until February 24, 2009, and the filing of dispositive motions until March 27, 2009.

WHEREFORE, Plaintiff respectfully prays for an Order enlarging the remaining pretrial deadlines to the limited extent set forth above.

PLAINTIFF
CHEMTECH ROYALTY ASSOCIATES, L.P., by
DOW EUROPE, S.A., as Tax Matters Partner


_s/ David M. Bienvenu, Jr._

|                          | David M. Bienvenu, Jr.            |
|--------------------------|-----------------------------------|
| Dow Europe, S.A.         | TAYLOR, PORTER, BROOKS & PHILLIPS |
| Bachtobelstrasse 3       | Post Office Box 2471              |
| CH-8819                  | Baton Rouge, LA  70821            |
| Horgen, Switzerland      | Telephone:  (225) 387-3221        |
|                          | Facsimile:  (225) 346-8049        |

John B. Magee
Hartman E. Blanchard, Jr.
MCKEE NELSON LLP
1919 M Street, N.W., Suite 200
Washington, D.C.  20036
Telephone:  (202) 775-1880
Facsimile:  (202) 775-8586

2

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

|  |  |
|---|---|
| CHEMTECH ROYALTY ASSOCIATES, L.P., by DOW EUROPE, S.A., as Tax Matters Partner )<br><br>Plaintiff, )<br><br>v. )<br><br>UNITED STATES OF AMERICA, )<br><br>Defendant. ) | Case No.: 05-944-RET-DLD<br><br>Case No.: 06-258-RET-DLD<br><br>Case No.: 07-405-RET-DLD |

## Proposed Order

The Court having reviewed Plaintiff's Agreed Motion for Limited Enlargement of Remaining Pretrial Deadlines, and it appearing otherwise proper,

**IT IS ORDERED** that the deadline for completion of expert discovery is extended through February 24, 2009. **IT IS FURTHER ORDERED** that the deadline for the filing of dispositive motions is extended through March 27, 2009.

Signed in Baton Rouge, Louisiana, on _____, 2009

_____
Judge