UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CHEMTECH ROYALTY ASSOCIATES, L.P., by DOW EUROPE, S.A., as Tax Matters Partner<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: 05-944-RET-DLD<br><br>Case No.: 06-258-RET-DLD<br><br>Case No.: 07-405-RET-DLD |

## ORDER

The Court having reviewed Plaintiff's Agreed Motion for Enlargement of Remaining Pretrial Deadlines, and it appearing otherwise proper,

**IT IS ORDERED** that the deadline for completion of expert discovery is extended through February 24, 2009.  **IT IS FURTHER ORDERED** that the deadline for the filing of dispositive motions is extended through March 27, 2009.

Signed in Baton Rouge, Louisiana, on January 29, 2009.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**