UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CHEMTECH ROYALTY ASSOCIATES, L.P., by DOW EUROPE, S.A. as Tax Matters Partner,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Civil Action No. 05-944-C-M3<br><br>CONSOLIDATED WITH<br><br>Civil Action No. 06-258-RET-DLD and<br>Civil Action No. 07-405-RET-DLD |

## DEFENDANT'S MOTION TO COMPEL

In accordance with Fed. R. Civ. P. 37, the United States moves for an order compelling Plaintiff[1] to produce certain documents that it is currently withholding from Defendant. As demonstrated in the accompanying memorandum of law, the Plaintiff has not established that the withheld documents are protected by the attorney-client privilege, attorney work-product doctrine, the tax practitioner's privilege, or any other privilege or doctrine and are thus discoverable by the United States. Alternatively, the United States requests this Court make an *in camera* review of the documents to determine if the documents are covered by the privileges and protections claimed.

---

[1] The Plaintiff in Case No. 05-944-C-M3 and Case No. 06-258-RET-DLD is Chemtech Royalty Associates, L.P., by Dow Europe, S.A. as Tax Matters Partner. The Plaintiff in Case No. 07-405-RET-DLD is Chemtech II, L.P., by Ifco, Inc. as Tax Matters Partner. Both Dow Europe, S.A. and Ifco, Inc. are wholly-owned subsidiaries of The Dow Chemical Company ("Dow").

<u>Certificate of Counsel</u>

In an attempt to resolve these discovery disputes, counsel for the United States and Plaintiff have exchanged numerous letters and met in-person on numerous occasions. Despite the parties' good-faith efforts to reach an accord on the documents requested in this motion, the parties were unable to resolve the disputes that are the subject of this motion.

WHEREFORE, the United States moves for order compelling Plaintiff to produce the documents identified on its privilege logs.

Respectfully submitted,

UNITED STATES OF AMERICA, by

DAVID R. DUGAS
UNITED STATES ATTORNEY

/s/ John J. Gaupp
John J. Gaupp, LBN 14976
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0685

/s/ Thomas J. Sawyer
Thomas J. Sawyer
Robert L. Welsh
Thomas F. Koelbl
Philip M. Schreiber
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 14198
Washington, D.C. 20044
Telephone: (202) 514-8129
Fax: (202) 514-4963