Chemtech Royalty Associates, L.P. by Dow Europe S.A. v. United States

Civil Actions Nos. 05-944-RET-DLD and 06-258-RET-DLD
and
Chemtech II, L.P. by Ifco, Inc. v. United States
Civil Action No. 07-CV-00405-RET-DLD

Contested Document Redacted Log
Produced on May 27, 2009



Government Exhibit 3

**Contested Document Redacted Log Produced on May 27, 2009**

| Log Number | Begin Privilege Bates (Added per Court's March 30, 2009 Order) | End Privilege Bates (Added per Court's March 30, 2009 Order) | Redacted Pages | Date | Author (Revised per Court's March 30, 2009 Order) | Addressee (Revised per Court's March 30, 2009 Order) | Copyee (Revised per Court's March 30, 2009 Order) | Type | RE: Line/Title (if applicable) (Added per Court's March 30, 2009 Order) | Reason for Withholding | Document Description/Purpose (Added per Court's March 30, 2009 Order) | Privilege Basis | Subject Matter |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 | CT00058480 | CT00058487 | CT00058483 | 5/13/2003 | The Dow Chemical Company | File | | Presentation | Chemtech II Review | Attorney-Client Privilege | Redacted portion reflects counsel's legal advice rendered for purposes of analyzing potential tax consequences of negotiating a credit default swap | Confidential communication between client and lawyer for purposes of facilitating the rendition of legal services or legal advice to the client | Tax issues related to the Chemtech partnership |
| 23 | CT00058488 | CT00058496 | CT00058492 | 5/13/2003 | The Dow Chemical Company | File | | Presentation | Chemtech II Review | Attorney-Client Privilege | Redacted portion reflects counsel's legal advice rendered for purposes of analyzing potential tax consequences of negotiating a credit default swap | Confidential communication between client and lawyer for purposes of facilitating the rendition of legal services or legal advice to the client | Tax issues related to the Chemtech partnership |
| 60 | CT00074380 | CT00074381 | CT00074381 | 12/16/1996 | Hahn, Charles (Tax Counsel (Tax Director)) | Janicki, Paul (Treasury Dept. (Corporate Financial Planning)) | | Email with Attachment | Chemtech Distribution | Attorney-Client Privilege | Redacted portion in-house counsel's legal advice rendered for purposes of analyzing the tax consequences of the distribution of patent portfolio 20.1 from the Chemtech partnership to Diamond Technology Partnership Corp | Confidential communication between client and lawyer for purposes of facilitating the rendition of legal services or legal advice to the client | Tax issues related to the Chemtech partnership |
| 63 | CT00074515 | CT00074520 | CT00074517; CT00074518; CT00074519 | 11/16/1995 | Curry, William (Area Tax Counsel) | Blackhurst, Eric (Legal Counsel (Finance)); Chambers, Dean (Treasurer - DTPC); Curry, William (Area Tax Counsel); Dickerson, James (Area Patent Counsel); DeMattia, Roberto (Senior Staff Legal Counsel); Hahn, Charles (Tax Counsel (Tax Director)); Hallmark, Sandra (Outside Counsel - K&S); Heinlein, Greg (Treasury Dept. (Corporate Financial Planning)); Jones, Craig (Tax Counsel); Kemmueller, Markus (Treasury Dept. (Financial Planning Manager)); Leutenegger, Robert (Controller/Accounting Operation Manager); McKee, William (Outside Counsel - K&S); Norris, William (Patent Counsel); Rheinhard, Pedro (Executive Vice President and Chief Financial Officer); Sears, Allan (Assistant Secretary - DTPC); Valenzuela, Ed (Tax Dept. (Economic Planner)); Ward, Douglas (Controller's Office (Director of Corporate Reporting)) | Lallement, Jean-Pirerre (Tax Dept.); Merszei, Geoffery; Taylor, Graham (General Counsel); | Correspondence with Attachment | Chemtech Royalty Associates, L.P. Review Meeting follow-up list and meeting minutes | Attorney-Client Privilege | Redacted portions contain in-house counsel's legal advice rendered for purposes of analyzing the impact of GATT legislation on the useful life of the patent assets, and potential patent infringement issues | Confidential communication between client and lawyer for purposes of facilitating the rendition of legal services or legal advice to the client | Tax issues related to the Chemtech partnership; The basis, depreciation, fair market value and/or royalty rates of the Chemtech patent portfolios |

**Contested Document Redacted Log Produced on May 27, 2009**

| Log Number | Begin Privilege Bates (Added per Court's March 30, 2009 Order) | End Privilege Bates (Added per Court's March 30, 2009 Order) | Redacted Pages | Date | Author (Revised per Court's March 30, 2009 Order) | Addressee (Revised per Court's March 30, 2009 Order) | Copyee (Revised per Court's March 30, 2009 Order) | Type | RE: Line/Title (if applicable) (Added per Court's March 30, 2009 Order) | Reason for Withholding | Document Description/Purpose (Added per Court's March 30, 2009 Order) | Privilege Basis | Subject Matter |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 65 | CT00082784 | CT00082786 | CT00082784; CT00082785 | 1/6/1997 | Curry, William (Area Tax Counsel) | Ward, Douglas (Controller's Office (Director of Corporate Reporting)) | Valenzuela, Ed (Tax Dept. (Economic Planner)); Ricci, Valeria (Treasury Dept. (Financial Planning Manager)); Curiale, Vinzenzo (Accounting Operation Manager) | Email String of 5 Emails | Chemtech Minimum Royalties | Attorney-Client Privilege | E-mail from in-house counsel for purposes of providing legal advice regarding an interpretation of the partnership agreement's provisions on non-payment of a scheduled minimum royalty | Confidential communication between client and lawyer for purposes of facilitating the rendition of legal services or legal advice to the client | Draft agreements and/or interpretation of agreements related to the Chemtech partnership; Tax issues related to the Chemtech partnership |
| | | | | 1/6/1997 | Curiale, Vinzenzo (Accounting Operation Manager) | Curry, William (Area Tax Counsel) | Ricci, Valeria (Treasury Dept. (Financial Planning Manager)) | | Chemtech Minimum Royalties | Attorney-Client Privilege | E-mail from client to in-house counsel for purposes of responding to request for information to enable in-house counsel to advise on interpretation of the partnership agreement's provisions on non-payment of a scheduled minimum royalty | | |
| | | | | 1/6/1997 | Curry, William (Area Tax Counsel) | Curiale, Vinzenzo (Accounting Operation Manager) | Ricci, Valeria (Treasury Dept. (Financial Planning Manager)) | | Chemtech Minimum Royalties | Attorney-Client Privilege | E-mail from in-house counsel to client requesting information for purposes of enabling in-house counsel to advise on interpretation of the partnership agreement's provisions on non-payment of a scheduled minimum royalty | | |
| | | | | 1/2/1997 | Ward, Douglas (Controller's Office (Director of Corporate Reporting)) | Valenzuela, Ed (Tax Dept. (Economic Planner)) | Curry, William (Area Tax Counsel) | | Chemtech Minimum Royalties | Attorney-Client Privilege | E-mail from client to in-house counsel for purposes of providing legal advice on planned payment of minimum royalties regarding an interpretation of the partnership agreement's provisions on non-payment of a scheduled minimum royalty | | |
| | | | | 1/2/1997 | Valenzuela, Ed (Tax Dept. (Economic Planner)) | Ward, Douglas (Controller's Office (Director of Corporate Reporting)) | | | Chemtech Minimum Royalties | | | | |
| 66 | CT00082787 | CT00082788 | CT00082787 | 10/18/1998 | Demare, Michel (Director of Financial Risk Management) | Curry, William (Tax Director and Tax Counsel (Dow AgroSciences)) | Valenzuela, Ed (Tax Dept. (Economic Planner)); Dickerson, James (Area Patent Counsel); Blackhurst, Eric (Legal Counsel (Finance)) | Email String of 4 Emails | RE: ADL Review Conference Call | | | | |
| | | | | 10/16/1998 | Curry, William (Tax Director and Tax Counsel (Dow AgroSciences)) | Demare, Michel (Director of Financial Risk Management) | Valenzuela, Ed (Tax Dept. (Economic Planner)); Dickerson, James (Area Patent Counsel) | | RE: ADL Review Conference Call | Attorney-Client Privilege and Attorney Work Product | Redacted text was written for the purpose of providing legal advice by in-house tax counsel to client regarding ADL's performance. Advice was provided in anticipation of litigation with respect to a potential challenge of the Chemtech partnership for federal tax purposes | | |
| | | | | 10/16/1998 | Demare, Michel (Director of Financial Risk Management) | Curry, William (Tax Director and Tax Counsel (Dow AgroSciences)) | | | RE: ADL Review Conference Call | | | | |
| | | | | 10/14/1998 | Curry, William (Tax Director and Tax Counsel (Dow AgroSciences)) | Demare, Michel (Director of Financial Risk Management); Dickerson, James (Area Patent Counsel); Valenzuela, Ed (Tax Dept. (Economic Planner)) | | | ADL Review Conference Call | | | | |

**Contested Document Redacted Log Produced on May 27, 2009**

| Log Number | Begin Privilege Bates (Added per Court's March 30, 2009 Order) | End Privilege Bates (Added per Court's March 30, 2009 Order) | Redacted Pages | Date | Author (Revised per Court's March 30, 2009 Order) | Addressee (Revised per Court's March 30, 2009 Order) | Copyee (Revised per Court's March 30, 2009 Order) | Type | RE: Line/Title (if applicable) (Added per Court's March 30, 2009 Order) | Reason for Withholding | Document Description/Purpose (Added per Court's March 30, 2009 Order) | Privilege Basis | Subject Matter |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 67 | CT00082789 | CT00082790 | CT00082789 | 10/16/1998 | Valenzuela, Ed (Tax Dept. (Economic Planner)) | Curry, William (Tax Director and Tax Counsel (Dow AgroSciences)) | | Email String of 4 Emails | RE: ADL Review Conference Call | | | | |
| | | | | 10/16/1998 | Curry, William (Tax Director and Tax Counsel (Dow AgroSciences)) | Demare, Michel (Director of Financial Risk Management) | Valenzuela, Ed (Tax Dept. (Economic Planner)); Dickerson, James (Area Patent Counsel) | | RE: ADL Review Conference Call | Attorney-Client Privilege and Attorney Work Product | Redacted text was written for the purpose of providing legal advice by in-house tax counsel to client regarding ADL's performance. Advice was provided in anticipation of litigation with respect to a potential challenge of the Chemtech partnership for federal tax purposes | | |
| | | | | 10/16/1998 | Demare, Michel (Director of Financial Risk Management) | Curry, William (Tax Director and Tax Counsel (Dow AgroSciences)) | | | RE: ADL Review Conference Call | | | | |
| | | | | 10/14/1998 | Curry, William (Tax Director and Tax Counsel (Dow AgroSciences)) | Demare, Michel (Director of Financial Risk Management); Dickerson, James (Area Patent Counsel); Valenzuela, Ed (Tax Dept. (Economic Planner)) | | | ADL Review Conference Call | | | | |
| 68 | CT00082791 | CT00082791 | CT00082791 | 11/10/1998 | Curry, William (Tax Director and Tax Counsel (Dow AgroSciences)) | Kanuch, Bruce; Valenzuela, Ed (Tax Dept. (Economic Planner)); Demare, Michel (Director of Financial Risk Management) | | Email String of 2 Emails | RE: ADL Valuation Documents from Peterson | Attorney-Client Privilege and Attorney Work Product | Redacted text was written for the purpose of providing legal advice by in-house tax counsel to client regarding ADL's performance. Advice was provided in anticipation of litigation with respect to a potential challenge of the Chemtech partnership for federal tax purposes | Confidential communication between client and lawyer for purposes of facilitating the rendition of legal services or legal advice to the client; Document prepared in anticipation of litigation | The basis, depreciation, fair market value and/or royalty rates of the Chemtech patent portfolios; Tax issues related to the Chemtech partnership |
| | | | | 11/10/1998 | Valenzuela, Ed (Tax Dept. (Economic Planner)) | Curry, William (Tax Director and Tax Counsel (Dow AgroSciences)); Kanuch, Bruce (Patent Counsel) | | | ADL Valuation Documents from Peterson | | | | |
| 69 | CT00083105 | CT00083106 | CT00083105 | 3/6/1998 | Jones, Craig (Tax Counsel) | Aukerman, James (Bob) (Tax Dept.); Harris, Mark (Controllers Office (Financial and Statutory Accounting)); Ricci, Valeria (Treasury Dept. (Financial Planning Manager)); Koch, Stefan (Treasury Dept.) | Curry, William (Area Tax Counsel); Howe, Jamie (Treasury Dept.); Collins, Valerie (Corporate Finance); Janicki, Paul (Treasury Dept. (Corporate financial planning)); Blackhurst, Eric (Legal Counsel (Finance)) | Email String of 3 Emails with Marginalia | RE: Chemtech | Attorney-Client Privilege | E-mail from in-house counsel for purposes of providing legal advice regarding selection of purchasing entity in connection with the financing of Ifco, Inc.'s purchase of the Class A Limited Partner interest | Confidential communication between client and lawyer for purposes of facilitating the rendition of legal services or legal advice to the client | The purchase of the Class A Limited Partner interests |
| | | | | 3/6/1998 | Koch, Stefan (Treasury Dept.) | Aukerman, James (Bob) (Tax Dept.); Jones, Craig (Tax Counsel); Harris, Mark (Controllers Office (Financial and Statutory Accounting)); Ricci, Valeria (Treasury Dept. (Financial Planning Manager)); | Curry, William (Area Tax Counsel); Howe, Jamie (Treasury Dept.); Collins, Valerie (Corporate Finance); Janicki, Paul (Treasury Dept. (Corporate financial planning)); Blackhurst, Eric (Legal Counsel (Finance)) | | FW: Chemtech | | | | |
| | | | | 3/6/1998 | Ricci, Valeria (Treasury Dept. (Financial Planning Manager)) | Koch, Stefan (Treasury Dept.) | Curry, William (Area Tax Counsel); Demare, Michel (Director of Financial Risk Management); Janicki, Paul (Treasury Dept. (Corporate financial planning)) | | Chemtech | | | | |

**Contested Document Redacted Log Produced on May 27, 2009**

| Log Number | Begin Privilege Bates (Added per Court's March 30, 2009 Order) | End Privilege Bates (Added per Court's March 30, 2009 Order) | Redacted Pages | Date | Author (Revised per Court's March 30, 2009 Order) | Addressee (Revised per Court's March 30, 2009 Order) | Copyee (Revised per Court's March 30, 2009 Order) | Type | RE: Line/Title (if applicable) (Added per Court's March 30, 2009 Order) | Reason for Withholding | Document Description/Purpose (Added per Court's March 30, 2009 Order) | Privilege Basis | Subject Matter |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 70 | CT00083107 | CT00083108 | CT00083107 | 3/6/1998 | Jones, Craig (Tax Counsel) | Aukerman, James (Bob) (Tax Dept.); Harris, Mark (Controllers Office (Financial and Statutory Accounting)); Ricci, Valeria (Treasury Dept. (Financial Planning Manager)); Koch, Stefan (Treasury Dept.) | Curry, William (Area Tax Counsel); Howe, Jamie (Treasury Dept.); Collins, Valerie (Corporate Finance); Janicki, Paul (Treasury Dept. (Corporate financial planning)); Blackhurst, Eric (Legal Counsel (Finance)) | Email String of 3 Emails with Marginalia | RE: Chemtech | Attorney-Client Privilege | E-mail from in-house counsel for purposes of providing legal advice regarding selection of purchasing entity in connection with the financing of Ifco, Inc.'s purchase of the Class A Limited Partner interest | Confidential communication between client and lawyer for purposes of facilitating the rendition of legal services or legal advice to the client | The purchase of the Class A Limited Partner interests |
| | | | | 3/6/1998 | Koch, Stefan (Treasury Dept.) | Aukerman, James (Bob) (Tax Dept.); Jones, Craig (Tax Counsel); Harris, Mark (Controllers Office (Financial and Statutory Accounting)); Ricci, Valeria (Treasury Dept. (Financial Planning Manager)); | Curry, William (Area Tax Counsel); Howe, Jamie (Treasury Dept.); Collins, Valerie (Corporate Finance); Janicki, Paul (Treasury Dept. (Corporate financial planning)); Blackhurst, Eric (Legal Counsel (Finance)) | | FW: Chemtech | | | | |
| | | | | 3/6/1998 | Ricci, Valeria (Treasury Dept. (Financial Planning Manager)) | Koch, Stefan (Treasury Dept.) | Curry, William (Area Tax Counsel); Demare, Michel (Director of Financial Risk Management); Janicki, Paul (Treasury Dept. (Corporate financial planning)) | | Chemtech | | | | |
| 71 | CT00083110 | CT00083112 | CT00083110 | 3/6/1998 | Jones, Craig (Tax Counsel) | Aukerman, James (Bob) (Tax Dept.); Harris, Mark (Controllers Office (Financial and Statutory Accounting)); Ricci, Valeria (Treasury Dept. (Financial Planning Manager)); Koch, Stefan (Treasury Dept.) | Curry, William (Area Tax Counsel); Howe, Jamie (Treasury Dept.); Collins, Valerie (Corporate Finance); Janicki, Paul (Treasury Dept. (Corporate financial planning)); Blackhurst, Eric (Legal Counsel (Finance)) | Email String of 3 Emails with Marginalia | RE: Chemtech | Attorney-Client Privilege | E-mail from in-house counsel for purposes of providing legal advice regarding selection of purchasing entity in connection with the financing of Ifco, Inc.'s purchase of the Class A Limited Partner interest | Confidential communication between client and lawyer for purposes of facilitating the rendition of legal services or legal advice to the client | The purchase of the Class A Limited Partner interests |
| | | | | 3/6/1998 | Koch, Stefan (Treasury Dept.) | Aukerman, James (Bob) (Tax Dept.); Jones, Craig (Tax Counsel); Harris, Mark (Controllers Office (Financial and Statutory Accounting)); Ricci, Valeria (Treasury Dept. (Financial Planning Manager)); | Curry, William (Area Tax Counsel); Howe, Jamie (Treasury Dept.); Collins, Valerie (Corporate Finance); Janicki, Paul (Treasury Dept. (Corporate financial planning)); Blackhurst, Eric (Legal Counsel (Finance)) | | FW: Chemtech | | | | |
| | | | | 3/6/1998 | Ricci, Valeria (Treasury Dept. (Financial Planning Manager)) | Koch, Stefan (Treasury Dept.) | Curry, William (Area Tax Counsel); Demare, Michel (Director of Financial Risk Management); Janicki, Paul (Treasury Dept. (Corporate financial planning)) | | Chemtech | | | | |