**Janicki, Paul (PD)**

| | |
|---|---|
| From: | Jones, Craig (C) |
| Sent: | Friday, March 06, 1998 8:39 PM |
| To: | Aukerman, Bob (JR); Harris, Mark (ME); Ricci, Valeria; Koch, Stefan (S) |
| Cc: | Curry, Bill; Howe, Jamie (JD); Collins, Valerie (VJ); Janicki, Paul (PD); Blackhurst, Eric (EP) |
| Subject: | RE: Chemtech |
| Importance: | High |

[REDACTED]

Thank you.

*Craig Jones*

---

```
From:     Koch, Stefan (S)
Sent:     Friday, March 06, 1998 3:48 PM
To:       Aukerman, Bob (JR); Jones, Craig (C); Harris, Mark (ME); Ricci, Valeria
Cc:       Curry, Bill; Howe, Jamie (JD); Collins, Valerie (VJ); Janicki, Paul (PD); Blac
Subject:  FW: Chemtech
```

My preference is TDCC as the funding source, for the simple reason that TDCC should be the standard funding source for subsidiaries, unless there is some reason against it (like tax penalties).

Since DTPC's bank account already is being managed out of Midland, we would start zero-balancing its account with TDCC's on the 27th. This way, DTPC would automatically be funded for that day's cash need.

Valeria, pls. send Valerie and me the instructions for the payments to the Class A Partners at your convenience.

Thanks & best regards
Stefan

---

```
From:     Ricci, Valeria
Sent:     Friday, March 06, 1998 12:19 PM
To:       Koch, Stefan (S)
Cc:       Curry, Bill; Demare, Michel (M); Janicki, Paul (PD)
Subject:  Chemtech
```

On February 25, Diamond's Purchase Option Notice to acquire the Class A Limited Partner's Interests went out. Therefore, on March 27 DTPC will need to pay a total of US$201,415,000 to the Class A Partners. The following alternatives for funding of DTPC are in accordance with tax and legal requirements:

1) DCIL would repay the outstanding loan with DTPC (approximately $71Mio)

2) The preferable alternative for funding the remaining US$130Mio would be via an intercompany funding out of an US legal entity.

Please let us know if from the treasury point of view the above alternatives are suitable.

Government Exhibit 13

Page 1

CT00083110

**Janicki, Paul (PD)**

| | |
|---|---|
| **From:** | Koch, Stefan (S) |
| **Sent:** | Friday, March 06, 1998 3:48 PM |
| **To:** | Aukerman, Bob (JR); Jones, Craig (C); Harris, Mark (ME); Ricci, Valeria |
| **Cc:** | Curry, Bill; Howe, Jamie (JD); Collins, Valerie (VJ); Janicki, Paul (PD); Blackhurst, Eric (EP) |
| **Subject:** | FW: Chemtech |

My preference is TDCC as the funding source, for the simple reason that TDCC should be the standard funding source for subsidiaries, unless there is some reason against it (like tax penalties).

Since DTPC's bank account already is being managed out of Midland, we would start zero-balancing its account with TDCC's on the 27th. This way, DTPC would automatically be funded for that day's cash need.

Valeria, pls. send Valerie and me the instructions for the payments to the Class A Partners at your convenience.

Thanks & best regards
Stefan

----------

| | |
|---|---|
| **From:** | Ricci, Valeria |
| **Sent:** | Friday, March 06, 1998 12:19 PM |
| **To:** | Koch, Stefan (S) |
| **Cc:** | Curry, Bill; Demare, Michel (M); Janicki, Paul (PD) |
| **Subject:** | Chemtech |

On February 25, Diamond's Purchase Option Notice to acquire the Class A Limited Partner's Interests went out. Therefore, on March 27 DTPC will need to pay a total of US$201,415,000 to the Class A Partners. The following alternatives for funding of DTPC are in accordance with tax and legal requirements:

1) DCIL would repay the outstanding loan with DTPC (approximately $71Mio)

2) The preferable alternative for funding the remaining US$130Mio would be via an intercompany funding out of an US legal entity.

Please let us know if from the treasury point of view the above alternatives are suitable.

Thanks and Regards,

Valeria

Page 1

CT00083111

## Janicki, Paul (PD)

**From:** Ricci, Valeria
**Sent:** Friday, March 06, 1998 12:19 PM
**To:** Koch, Stefan (S)
**Cc:** Curry, Bill; Demare, Michel (M); Janicki, Paul (PD)
**Subject:** Chemtech

On February 25, Diamond's Purchase Option Notice to acquire the Class A Limited Partner's Interests went out. Therefore, on March 27 DTPC will need to pay a total of US$201,415,000 to the Class A Partners. The following alternatives for funding of DTPC are in accordance with tax and legal requirements:

1) DCIL would repay the outstanding loan with DTPC (approximately $71Mio)

2) The preferable alternative for funding the remaining US$130Mio would be via an intercompany funding out of an US legal entity.

Please let us know if from the treasury point of view the above alternatives are suitable.

Thanks and Regards,

Valeria

CT00083112