# Contested Document Withheld Log Created Pursuant to Court's March 30, 2009 Order
## Names List

| NAME | POSITION/ROLE | Dates in Role (if role changed during transaction) | Attorney? |
|---|---|---|---|
| **The Dow Chemical Company** | | | |
| Ashley, Carol | Controller's Office | | |
| Aukerman, James (Bob) | Tax Dept. | | |
| Baker, Nancy | Corporate Treasury | | |
| Blackhurst, Eric | Legal Counsel (Finance) | | YES |
| Brink, Paul | Tax Counsel (Tax Director) | | YES |
| Clark, Joyce | Patent Dept. | | |
| Coffeen, Mark | Tax Dept. (Corporate) | | |
| Collins, Valerie | Corporate Finance | | |
| Cone, Michael | Tax Accounting Manager | | |
| Corbett, Cheryl | Legal Counsel | | YES |
| Curry, William | Tax Counsel | 1990 - 2/1995 | YES |
| Curry, William | Tax Director and Tax Counsel (Dow AgroSciences) | 6/1998 - 2002 | YES |
| Curry, William | Senior Tax Counsel | 2002 - 2007 | YES |
| Curry, William | Chief Tax Counsel | 2007 - Current | YES |
| Dutot, Michael | Tax Dept. | | |
| Escudero, Alfonso | Treasurer (Dow's Spain and Portugal Operations) | 1991 - 6/1993 | |
| Escudero, Alfonso | Treasurer (Dow's Benelux and Scandinavian Operations) | 6/1993 - 12/1996 | |
| Escudero, Alfonso | Treasury Dept., Midland, MI (Corporate Funding Director) | 12/1996 - 12/1999 | |
| Escudero, Alfonso | Mergers & Acquisitions | 12/1999 - 2002 | |
| Escudero, Alfonso | Business Finance Dept. | 2002 - 10/2007 | |
| Escudero, Alfonso | Vice President of Business and Strategic Planning | 10/2007 - Current | |
| Fenstermacher, Myk | Corporate Treasury | | |
| Fothergill, Kathleen | Treasury Dept. (Dow Canada) | | |
| Galle, Andre | Tax Dept. (Corporate) | | |
| Gilfeather, Valorie | Tax Dept. (Corporate) | | |
| Glenn, Michael | Patent Counsel | | |
| Gootee, Jane | General Counsel | | YES |
| Grzebinski, David | Treasury Dept. (Senior Finance Analyst) | | |
| Hahn, Chuck | Tax Counsel (Assistant Tax Director) | 6/1990 - 6/1994 | YES |
| Hahn, Chuck | Tax Counsel (Tax Director) | 6/1994 - 2/2007 | YES |
| Harris, Mark | Controller's Office (Financial and Statutory Accounting) | | |
| Heinlein, Gregory | Treasury Dept. (Coporate Financial Planning) | | |
| Heritier, Ann | Patent Dept. | | |
| Hewitt, Gary | Plant Manager (Plaquemine) | | |
| Hoffman, Dorothy | Federal Tax Audit Manager | | |

**Government Exhibit 4**

# Contested Document Withheld Log Created Pursuant to Court's March 30, 2009 Order
## Names List

| NAME | POSITION/ROLE | Dates in Role (if role changed during transaction) | Attorney? |
|---|---|---|---|
| Hopper, James | Tax Dept. | | |
| Howe, Jamie | Treasury Dept. | | |
| Isley, Kenneth | Legal Counsel (Finance) | | YES |
| Janicki, Paul | Treasury Dept. (Corporate financial planning) | | |
| Johnson, Kevin | Tax Counsel | | YES |
| Jones, Craig | Tax Counsel | 1/1995 - 8/2002 | YES |
| Jones, Craig | Tax Counsel (Dow AgroSciences) | 8/2002 - 2007 | YES |
| Jones, Craig | Tax Counsel (Dow AgroSciences and TDCC - dual role) | 2007 - Current | YES |
| Kanuch, Bruce | Patent Counsel | | YES |
| Koch, Stefan | Treasury Dept. | | |
| Merszei, Geoffery | Vice President and Treasurer | 12/1996 - 2001 | |
| Merszei, Geoffery | Chief Financial Officer | 2005 - Current | |
| Norris, William | Patent Counsel | | YES |
| Reagan, Sean | Tax Counsel | | YES |
| Recker, Mark | Tax Dept. | | |
| Reinhard, Pedro | Vice President and Treasurer | 1988 - 1995 | |
| Reinhard, Pedro | Executive Vice President and Chief Financial Officer | 1995 - 12/2005 | |
| Schoen, Cheryl | Legal Dept. | | |
| Smith, Bridget | Tax Dept. | | |
| Valenzuela, Ed | Tax Dept. (Economic Planner) | | |
| Ward, Douglas | Controller's Office (Director of Corporate Reporting) | | |
| Watt, Stuart | Tax Dept. | | |
| Witt, Raymond | Tax Dept. | | |
| | | | |
| **King & Spalding** | | | |
| | | | |
| Barkay, Adi | Outside Counsel | | YES |
| Bosis, Daniel | Outside Counsel | | YES |
| Feese, Suzanne | Outside Counsel | | YES |
| Garcia, Joe | Outside Counsel | | YES |
| Hallmark, Sandra | Outside Counsel | | YES |
| Higgins, Tara | Outside Counsel | | YES |
| Jewett, Susan | Outside Counsel | | YES |
| Lainoff, Steven | Outside Counsel | | YES |
| McArthur, Todd | Outside Counsel | | YES |
| McKee, William | Outside Counsel | | YES |
| Nelson, William | Outside Counsel | | YES |
| Potts, Barbara | Outside Counsel Administrative Assistant | | |
| Siegal, Helen | Outside Counsel | | YES |

| NAME | POSITION/ROLE | Dates in Role (if role changed during transaction) | Attorney? |
|---|---|---|---|
| **Dow Europe, S.A.** | | | |
| | | | |
| Allbee, Frank | Tax Dept. | | |
| Anderson, Susan | Tax Dept. | | |
| Baur, Werner | Treasury Dept. (Customer and Financial Service Manager) | | |
| Brod, Frank | Controller | | |
| Curiale, Vincenzo | Controller (Accounting Operation Manager) | | |
| Curry, William | Area Tax Counsel | 2/1995 - 6/1998 | YES |
| Demare, Michel | Director of Financial Risk Management | | |
| DeMattia, Roberto | Senior Staff Legal Counsel | | YES |
| Dickerson, James | Area Patent Counsel | | YES |
| Kammueller, Markus | Treasury Dept. (Financial Planning Manager) | | |
| LaCross, Ed | Tax Counsel | | YES |
| Lallement, Jean-Pierre | Tax Dept. | | |
| Leutenegger, Robert | Controller/Accounting Operation Manager | | |
| Lopez, Ron | Tax Dept. | | |
| Mallet, Marcel | Controller | | |
| Meier, Bruno | Controller | | |
| Merszei, Geoffery | Treasurer for European Operations | 1992 - 12/1996 | |
| Mireku, Emmanuel | General Ledger | | |
| Ricci, Valeria | Treasury Dept. (Financial Planning Manager) | | |
| Scriven, John | General Counsel | | YES |
| Taylor, Graham | General Counsel | | YES |
| Tsantilis, Panos | European Financial Accounting Manager (Dow France) | | |
| | | | |
| **Kean, Miller, Hawthorne, D'Armond, McCowan & Jarman, L.L.P.** | | | |
| | | | |
| Akchin, Linda | Outside Counsel | | YES |
| | | | |
| **Chemtech Portfolio, Inc.** | | | |
| | | | |
| Taylorson, Brian | Treasurer (Dow Canada) | | |

**Contested Document Withheld Log Created Pursuant to Court's March 30, 2009 Order**
**Names List**

| NAME | POSITION/ROLE | Dates in Role (if role changed during transaction) | Attorney? |
|---|---|---|---|
| **Deloitte** | | | |
| Biddix, Troy | Outside Accounting Firm | | |
| Giacoletti, Tim | Outside Accounting Firm | | |
| **Lenz & Staehelin** | | | |
| Frei, Barbara | Outside Counsel | | YES |
| Gutzwiller, Peter | Outside Counsel | | YES |
| **Potter, Anderson & Corroon** | | | |
| Tumas, Michael | Outside Counsel | | YES |
| **Richardson, Layton, & Finger** | | | |
| Lubaroff, Martin | Outside Counsel | | YES |