CT00058488

Government Exhibit 6

5/13/2003 5:09 PM Treasurer's Report Q2 May 5.xls

## Sensitivity of 2Q/2003 Debt to Total Capital Ratio

| Projected Debt to Total Capital @ End of Q2 2003 | | | 58.7% | Change |
|---|---|---|---|---|
| Negative | Increase Debt $1 Billion | | 60.5% | 1.8% |
| | Decrease Equity 1 Billion | | 61.6% | 2.9% |
| | Both of Above | | 63.3% | 4.6% |
| Positive | Decrease in Debt of $1 Billion | | 56.7% | -2.0% |
| | Increase in Equity 1 Billion | | 56.2% | -2.5% |
| | Both of Above | | 54.1% | -4.6% |

<HELP> for explanation, <MENU> for similar functions. N159 Govt NW

d=Delayed Prices. Click on security & choose EXC for details.

Worksheet List | News | Edit | Options | 5 THREE GRIDS, 2 GRAPHS

Sheet # 1

| Ticker | Last Pri | CHANGE | PERCENT |
|---|---|---|---|
| DXY d | 94.70 | +.15 | .169 |
| EUR | 1.1630 | +.0018 | -.2423 |
| CHF | 1.3130 | -.0015 | -.1827 |
| GBP | 1.6102 | +.0017 | .0497 |
| JPY | 116.54 | -.04 | .3389 |
| CAD | 1.3670 | -.0012 | .1694 |
| AUD | .6497 | +.0004 | .1544 |
| KRW | 1169.6 | | -.3418 |
| SGD | 1.7343 | -.0007 | -.0894 |
| THB | 42.3600 | +.0050 | .0106 |
| MYR | 3.8000 | | .0000 |
| IDR | 8440 | | -.1777 |
| CNY | 8.2770 | | .0000 |
| HKD | 7.7990 | -.0002 | .0046 |
| ARP | 2.7625 | | 1.9301 |
| BRL | 2.8900 | +.0125 | -.7266 |
| MXN | 10.1125 | -.0150 | .7120 |
| COP | 2794.90 | -10.40 | 1.1486 |
| VEB | 1598.00 | | .0000 |
| CLP | 696.70 | -.22 | -.0811 |
| EGP | 5.9103 | | .7563 |
| TRL | 1488000 | | .7056 |
| INR | 47.1587 | | .0122 |

Sheet # 2

| Ticker | Last Pri | CHANGE | PERCENT |
|---|---|---|---|
| DJI | 8679.25 | -47.48 | -.544 |
| S& | 942.30 | -2.81 | -.297 |
| NA | 1539.68 | -1.72 | -.112 |
| S& | 942.60 | -1.40 | -.148 |
| FTS | 3999.90 | +12.50 | +.313 |
| DA | 2909.95 | -27.31 | -.930 |
| CA | 2963.63 | +1.00 | +.034 |
| SMI | 4638.60 | +58.90 | +1.315 |
| NK | 8190.26 | -30.86 | -.375 |
| HSK | 9119.04 | -36.53 | -.399 |
| IBO | 13420.65 | +100.31 | +.753 |
| ME | 6401.80 | -4.64 | -.070 |
| ME | 616.60 | -5.12 | -.821 |
| | | | |
| DO | 31.99 | -.63 | -1.030 |
| DD | 43.24 | -.40 | -.917 |
| DIV | 168.51 | -1.70 | -1.061 |
| | | | |
| CR | 28.60 | +1.16 | 4.205 |
| NA | 6.309 | +.326 | 5.432 |
| GO | 349.850 | -.500 | -.143 |
| CR | 240.51 | +.29 | .121 |

Sheet # 3

| Ticker | Last Pri | CHANGE | PERCENT |
|---|---|---|---|
| USCP 30D | 1.26 | +.01 | .81 |
| LIB 1M | 1.31000 | – | .00000 |
| LIB 3M | 1.29000 | – | .00000 |
| LIB 6M | 1.25000 | – | .00000 |
| LIB 1Y | 1.27000 | +.01000 | .79365 |
| | | | |
| USSWAP 1YR | 1.2000 | | N.A. |
| USSWAP 2YR | 1.6440 | +.0230 | 1.4189 |
| USSWAP 5YR | 2.8666 | -.0246 | -.8507 |
| USSWAP 7YR | 3.4045 | -.0285 | -.9613 |
| USSWAP 10YR | 3.8336 | -.0355 | -1.0078 |
| USSWAP 30YR | [illegible] | -.0405 | -.7347 |
| | | | |
| USTR 2YR | 1.45 | +1.68 | N.A. |
| USTR 5YR | 2.65 | -3.35 | N.A. |
| USTR 10YR | 3.81 | -3.57 | N.A. |
| USTR 30YR | 4.81 | -3.83 | N.A. |
| | | | |
| ZAR 5YR | 8.879 | -.008 | -.084 |
| [illegible] | 8.10 | – | unch |
| EMBI | 606 | -8 | -1 |
| BEAR HY | 440.97 | +1.08 | .24 |
| USTR 2YR | 1.45 | +1.68 | N.A. |
| USTR 5YR | 2.65 | -3.35 | N.A. |

Sheet # 4

| Ticker | | Last Pri | CHANGE | PERCENT |
|---|---|---|---|---|
| USTR 5YR | | 2.65 | -3.35 | N.A. |
| USTR 10Y | | 3.81 | -3.57 | N.A. |
| USTR 30Y | | 4.81 | -3.83 | N.A. |
| DEC EURO | | .000 | n.a. | N.A. |
| EDM2 | d | 94.006 | +.040 | .043 |
| SEP ED | d | 93.870 | +.040 | .043 |
| DEC ED | d | 93.616 | +.040 | .043 |
| US 5YR S | | 2.8666 | -.0246 | -.8507 |
| US 10YR S | | 3.8336 | -.0355 | -1.0078 |
| MRK | d | 59.33 | +.33 | +.559 |
| MSFT | d | 25.99 | -.22 | -.839 |
| T | d | 2.90 | +.07 | +2.473 |
| DIS | d | 18.60 | -.54 | -2.836 |
| AA | d | 22.97 | -.30 | -1.289 |
| HD | d | 29.96 | -.13 | -.432 |
| C | d | 39.27 | -.12 | -.306 |
| JNJ | d | 56.60 | -.66 | -1.175 |
| BA | d | 29.56 | -.27 | -.905 |
| IBM | d | 89.98 | +.98 | +1.101 |
| IP | d | 37.36 | +.02 | +.054 |
| HPQ | d | 17.28 | -.13 | -.747 |
| XOM | d | 36.63 | -.02 | -.056 |
| MO | d | 33.18 | +.08 | +.242 |
| SBC | d | 24.54 | -.10 | -.406 |

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2003 Bloomberg L.P.
G692-368-0 13-May-03 16:40:41

Bloomberg PROFESSIONAL

# Proposed Timeline

- Class A right to cause Liquidation     March 8, 2003
- Finalize Term Sheet     Week of May 12
- Engage King & Spalding     Week of May 12
- Begin appraisal     Week of May 19
- Finalize Documents     Week of June 9
- Five Year Anniversary… unwind target     June 26, 2003

Note: Need Resolution

DOW CONFIDENTIAL

# Composition of Return

## Return Calculated as CDS + 50 bps

| | |
|---|---|
| Dow CDS Spread | 0.85% |
| 50 bps spread | 0.50% |
| Premium to buy CDS Size | 0.25% |
| 5 Year Swap | 2.90% |
| Total | 4.50% |

Note: Most components are variable, not fixed.

DOW CONFIDENTIAL

CT00058491

# Key Negotiating Points

- Dow to negotiate credit default swap.
- Trade-off uneconomical Call option for improved accounting position
  - Dow can terminate early… discount flows at T+40
  - Under proposal, Dow bears risk of CDS in Early Termination… explicit acknowledgement of fewer risks borne by Rabo not helpful
  - Fin 150 not available, issuer calls may lower probability of equity treatment

DOW CONFIDENTIAL

Contains redaction pursuant to ACPWP