From: Curry, Bill (WL)
Sent: Tuesday, November 10, 1998 9:40 PM
To: Kanuch, Bruce (BM); Valenzuela, Ed (EA); Demare, Michel (M)
Subject: RE: ADL Valuation Documents from Peterson

Sounds good. Please coordinate with Bruce to ensure all documents are safely put away.

By the way, I spoke with Harry Lamb (ADL quality follow-up group) today regarding our view of ADL's work product. I told him that we were impressed with the qualifications and knowledge of many of the ADL professionals and that we worked well together. I also told him about the problem in the gross up factor, but was not too harsh. I clearly stated we were unhappy with this part of their work, and that it resulted in increase costs and confusion and mistrust from our partners.

Regards,

Bill Curry
DAS Tax Department
Phone: 1-317-337-4892
Fax: 1-317-337-4877
e-mail: wlcurry@dowagro.com

-----
From: Valenzuela, Ed (EA)
Sent: Tuesday, November 10, 1998 4:31 PM
To: Curry, Bill (WL); Kanuch, Bruce (BM)
Subject: ADL Valuation Documents from Peterson

I received a letter from David Lynch today informing me that they are returning the documents in their possession to the Dow Patent Dept. So maybe this is now closed. - eav

Government Exhibit 10

Contains redaction pursuant to ACPWP

CT00082791