UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHEMTECH ROYALTY ASSOCIATES, L.P., by DOW EUROPE, S.A. as Tax Matters Partner** | **CIVIL ACTION** |
| | **NUMBER 05-944-RET-DLD** |
| **VERSUS** | Consolidated with: |
| **UNITED STATES OF AMERICA** | Number 06-258-RET-DLD and Number 07-405-RET-DLD |

## ORDER

This matter is before the court on a referral from the district court on the defendant's motion to compel (rec. doc. 62). The motion is opposed. The parties agree that an in camera inspection would aid the court's determination of whether the withheld documents are subject to the privileges and protections claimed by plaintiff. Accordingly,

**IT IS ORDERED** that plaintiff shall **deliver to chambers** by **June 18, 2010**, all documents previously withheld on the basis of privilege for an in camera review and determination as to their status. The documents produced for the in camera review should be unredacted, bates stamped copies of the documents.

**IT IS FURTHER ORDERED** that plaintiff shall produce an updated copy of the privilege log by **June 18, 2010.**

Signed in Baton Rouge, Louisiana, on June 4, 2010.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**