BINGHAM

Boston
Frankfurt
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Washington

Bingham McCutchen LLP
2020 K Street NW
Washington, DC
20006-1806

T +1.202.373.6000
F +1.202.373.6001
bingham.com

Christopher P. Murphy
Direct Phone: 202.373.6576
christopher.murphy@bingham.com

May 27, 2011

**Via CM/ECF**

United States District Court
Middle District of Louisiana
Chambers of Honorable Judge Brian A. Jackson
777 Florida Street
Suite 139
Baton Rouge, LA 70801

Re: Plaintiff Pre-Trial Brief Transmittal Letter

Chemtech Royalty Associates, L.P., by Dow Europe, S.A. as Tax Matters Partner v. United States, Civil Action Nos. 05-944-BAJ-DLD and 06-258-BAJ-DLD; and Chemtech II, L.P. v. United States, Civil Action No. 07-405-BAJ-DLD

Dear Judge Jackson:

On or before June 6, Plaintiff will provide the Court with a disc containing a hyperlinked copy of the Pre-Trial Brief it is filing via CM/ECF today. The hyperlinking allows the reader to click on any cited authority (e.g., an exhibit, case, regulation, article, etc.) and immediately access that authority on the reader's computer screen.

Plaintiff will also provide Defendant with a courtesy copy of this disc.

Please do not hesitate to contact me with any questions.

Sincerely yours,

/s/ Christopher P. Murphy
Christopher P. Murphy

cc: Thomas Sawyer, Esq., United States Department of Justice Tax Division (via e-mail)