# **PLAINTIFF'S PRE-TRIAL BRIEF**

# **EXHIBIT C**

# Financial Accounting

## An Introduction to Concepts, Methods, and Uses

*Fifth Edition*

Sidney Davidson, Ph.D., CPA
University of Chicago

Clyde P. Stickney, D.B.A., CPA
Dartmouth College

Roman L. Weil, Ph.D., CPA, CMA
University of Chicago

The Dryden Press

CTX018392

Case 3:05-cv-00944-BAJ-EWD    Document 107-4    05/27/11    Page 3 of 6

Acquisitions Editor: Mike Reynolds
Project Editor: Paula Ransdell
Design Director: Alan Wendt
Production Manager: Barb Bahnsen
Permissions Editor: Doris Milligan
Director of Editing, Design, and Production: Jane Perkins

Text and Cover Designer: C. J. Petlick
Copy Editor: Judith Lary
Indexer: Cherie Weil
Compositor: York Graphic Services, Inc.
Text Type: 10/12 Times Roman

---

Library of Congress Cataloging-in-Publication Data

Davidson, Sidney, 1919–
  Financial accounting.

  Includes bibliographical references and index.
  1. Accounting.  I. Stickney, Clyde P., 1944–
II. Weil, Roman L.  III. Title.
HF5635.D228  1988    657    87-9135
ISBN 0-03-011522-1

---

Printed in the United States of America
90-039-987654
Copyright © 1988, 1985, 1978 by The Dryden Press, a division of Holt, Rinehart and Winston, Inc.

All rights reserved. No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the publisher.

Requests for permission to make copies of any part of the work should be mailed to: Permissions, Holt, Rinehart and Winston, Inc., Orlando, Florida 32887.

Address orders:
The Dryden Press
Orlando, Florida 32887

Address editorial correspondence:
The Dryden Press
908 N. Elm St.
Hinsdale, IL 60521

The Dryden Press
Holt, Rinehart and Winston
Saunders College Publishing

CTX018393

Case 3:05-cv-00944-BAJ-EWD   Document 107-4   05/27/11   Page 4 of 6

The most difficult of the four conditions to avoid compares the contractual lease payments discounted at an "appropriate" market interest rate with 90 percent of the fair market value of the asset at the time the lease is signed. (The interest rate must be appropriate given the creditworthiness of the lessee.) If the present value of the contractual lease payments equals or exceeds 90 percent of the fair market value of the asset at the time the lease is signed, the lease is a capital lease. Many lessors do not wish to lease assets where they have more than 10 percent of the asset's value at risk. The major risks and rewards of ownership have therefore been transferred from the lessor (landlord) to the lessee. In economic substance, the lessee has acquired an asset, and has agreed to pay for it under a long-term contract, to be recognized as a liability.

### Effects on Lessor

The lessor (landlord) generally uses the same criteria for classifying a lease as a capital lease or an operating lease as does the lessee (tenant). At the time that a capital lease is signed, the lessor recognizes revenue in an amount equal to the present value of all future lease payments and recognizes expense (analogous to cost of goods sold) in an amount equal to the book value of the leased asset. The difference between the revenue and expense is the lessor's gain on the sale of the asset. The lease receivable is recorded like any other long-term receivable at the present value of the future cash flows. Interest revenue is then recognized over the collection period of the payments. Lessors tend to prefer capital lease accounting for financial reporting, because it enables the recognition of a gain on the sale of the asset on the date the lease is signed. Under the operating lease method, all lease revenue is recognized gradually over time as lease payments are received.

## Off-Balance-Sheet Financing[3] _____

Firms generally obtain debt financing either directly from banks and other financial institutions or by issuing bonds to investors. These arrangements result in a debit to cash and a credit to a liability account, as well as an increase in the debt-equity ratio. Under some other financing arrangements, the resulting obligations do not have to be recorded on the balance sheet as liabilities.

### Keeping Debt off the Balance Sheet

To be an accounting liability, an obligation must be incurred for a past or current benefit received — the event or transaction giving rise to the obligation must already have happened. If the obligation arises from an executory contract, in which both

---

[3] This section was developed from materials by Richard Dieter, David L. Landsittel, John E. Stewart, and Arthur R. Wyatt, all of Arthur Andersen & Co. See Landsittel and Stewart, "Off-Balance Sheet Financing: Commitments and Contingencies," in *Handbook of Modern Accounting*, 3rd ed., edited by S. Davidson and R. L. Weil (New York: McGraw-Hill, 1983), chap. 26.

CTX018394

Case 3:05-cv-00944-BAJ-EWD    Document 107-4    05/27/11    Page 5 of 6

parties have exchanged only promises but there has been no event in which economic risk is transferred, accounting typically does not recognize a liability. The FASB's criterion for recognizing a long-term liability focuses on the transfer of risks and rewards of ownership, not just on the undertaking of commitments to make fixed payments.

**Example (Land Option)** Miller Corporation wants to acquire land costing $25 million, on which it will build a shopping center. It could borrow the $25 million from its bank, paying interest at 12 percent, and buy the land outright from the seller. If it does so, both an asset and a liability will appear on the balance sheet. Instead, it borrows $5 million and purchases from the seller for $5 million an option to buy the land from the seller at any time within the next 6 years for a price of $20 million. The option costs Miller Corporation $5 million immediately and provides for continuing option payments of $2.4 million per year, which is just equal to Miller Corporation's borrowing rate multiplied by the remaining purchase price of the land: $2.4 million = .12 × $20 million. Although Miller Corporation does not need to continue payments and can let the option lapse at any time, it also has no obligation to begin developing on the site immediately. Because it has invested a substantial sum in the option, will invest more, and will begin immediately to develop the land, Miller Corporation is almost certain to exercise its option before it expires. The seller of the land can take the option contract to the bank and borrow $20 million, paying interest at Miller Corporation's borrowing rate, 12 percent per year. The continuing option payments from Miller Corporation will be sufficient to enable the seller to make its payments to the bank. Generally accepted accounting principles view Miller Corporation as having acquired an option for $5 million rather than having acquired land costing $25 million in return for $5 million cash and a liability of $20 million. As a result, Miller Corporation keeps $20 million of debt off the balance sheet until it borrows more funds to exercise the option.

    The techniques for *off-balance-sheet financing* generally exploit the requirement that to be a liability in accounting, there must have been mutual performance; that is, benefits must have been received in the past that obligate the firm to make payments in the future. When the mutual performance will occur in the future (as in executory contracts), accounting typically does not recognize a liability. In the example, the buyer is viewed as not yet having performed beyond purchasing an option, even though the terms of the option make its eventual exercise by Miller Corporation a virtual certainty. Similarly, the seller is viewed as having sold only an option, not the land itself.

### Why Remove Debt from the Balance Sheet?

When debt is left off the balance sheet, ratios that have proved useful to analysts for many years (such as the debt-equity ratio) will appear more favorable to the borrower. One motive may be to prevent an adverse debt-equity ratio from developing later. The entity may foresee reaching the danger point in its debt-equity ratio based on historical standards. Future credit ratings might be lowered, and future borrowing costs might increase.

CTX018395

### Accounting's Response

The accounting profession has begun to recognize that certain off-balance-sheet financing arrangements have the economic substance of notes or bonds and should be recognized as accounting liabilities. For leases (discussed earlier in this chapter), the accounting profession attempted for more than 10 years to develop a set of criteria that clearly specify which lease obligations must be recognized as liabilities. The FASB has dealt with the transactions on a case-by-case basis, without having promulgated principles to deal with all such transactions. Some accountants feel that there will never be a satisfactory solution until accounting requires the recording of a liability whenever there is an obligation to pay a reasonably definite amount at a reasonably definite time, independent of the executory nature of the contract.

### Income Tax Accounting and Deferred Income Taxes

As discussed throughout this book, a firm often selects different methods of accounting for financial and tax reporting. In most cases, the total amount of revenue or expense recognized over the life of an asset or other item will be the same for these two purposes. However, the *timing* of recognition may differ. For example, the total depreciation recognized for both financial and tax reporting over an asset's life is its acquisition cost. In the early years, tax depreciation for an asset will exceed depreciation recognized for financial reporting, so that taxable income will be less than financial statement income before taxes. In later years, depreciation for tax reporting will be less than that for financial reporting, so that taxable income will exceed income before taxes.[5]

The use of different accounting methods for financial and tax reporting creates a problem in measuring income tax expense each period.

1. Should income tax expense be equal to the income taxes actually payable each period based on taxable income, or
2. Should income tax expense be equal to the income taxes that would have been payable if the methods of accounting used for financial reporting had also been used for tax reporting?

---

See the discussion earlier in this chapter. If lease payments are sufficiently large in present value relative to the value of the asset leased, the FASB judges that the risks and rewards of ownership have been transferred from the lessor to the lessee; the lessee will record both an asset and a liability. If the contractual lease payments have sufficiently small relative present value, even though they are material in amount, the FASB views the contract as executory. The lessor has an obligation to provide future services and the lessee will pay for those services as used.

The term *financial statement income*, although descriptive, is somewhat cumbersome. Throughout this section, the term *book income* is used to refer to net income before taxes reported in the financial statements and *taxable income* is used to refer to the amount reported on the income tax return. Similarly, the terms *book purposes* and *tax purposes* differentiate the financial statements from the income tax return.

CTX018396