# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
JUNE 20, 2011
JACKSON, J.

| | |
|---|---|
| CHEMTECH ROYALTY ASSOCIATES, L.P. | |
| | CIVIL ACTION |
| VERSUS | |
| | NO. 05-944-BAJ-DLD |
| UNITED STATES OF AMERICA | |

    consolidated with

| | |
|---|---|
| CHEMTECH ROYALTY ASSOCIATES, L.P. | |
| | CIVIL ACTION |
| VERSUS | |
| | NO. 06-258-BAJ-DLD |
| UNITED STATES OF AMERICA | |

    consolidated with

| | |
|---|---|
| CHEMTECH II, L.P. | |
| | CIVIL ACTION |
| VERSUS | |
| | NO. 07-405-BAJ-DLD |
| UNITED STATES OF AMERICA | |

    consolidated with

| | |
|---|---|
| CHEMTECH II, L.P. BY IFCO, INC. | |
| | CIVIL ACTION |
| VERSUS | |
| | NO. 10-791-BAJ-DLD |
| UNITED STATES OF AMERICA | |

This cause came on this day for bench trial.

PRESENT:   Harry J. Phillps, Jr., Esq.
                  Preston J. Castille, Jr., Esq.
                  John B. Magee, Esq.
                  Robert A. Leonard, Esq.
                  Christopher P. Murphy, Esq.
                  Hartman E. Blanchard, Jr., Esq.
                  Royce L. Tidwell, Esq.
                  Counsel for plaintiffs, Chemtech Royalty
                     Associates, L.P., Chemtech II, L.P.,
                     and Chemtech II, L.P. by IFCO

                  John J. Gaupp, Esq.
                  Thomas J. Sawyer, Esq.
                  Phillip M. Schreiber, Esq.
                  Robert L. Welsh, Esq.
                  Thomas F. Koelbl, Esq.
                  Counsel for defendant,
                     United States of America

The Court grants motion to enroll Harry Phillips and Preston J. Castille, Jr. as counsel of record on behalf of plaintiffs (doc. 121).

For reasons read into the record, the Court defers ruling on admissibility of contested exhibits and deposition excerpts.

Counsel present opening statements.

Order of sequestration imposed.

Stipulated exhibits 1993 - 2003 (J-1 through J-856), P-2, P-7 through P-12, D-4, D-17, D-34 through D-64, and exhibits to Expert Reports are admitted and filed into the record.

Enrique C. Falla and Geoffrey E. Merszei are sworn and testify on behalf of plaintiff.

Matter to resume Tuesday, June 21, 2011 at 8:30 a.m.

* * * * *

_____
BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Clare Smith-Neely/reporter
cv4:9 hrs