UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHEMTECH ROYALTY ASSOCIATES, | : | |
| L.P., by DOW EUROPE, S.A. as Tax | : | |
| Matters Partner, | : | Case No.: 05-944-BAJ-DLD |
| | : | Judge Jackson |
| *Plaintiff*, | : | |
| | : | Case No.: 06-258-BAJ-DLD |
| v. | : | Judge Jackson |
| | : | |
| UNITED STATES OF AMERICA, | : | Case No.: 07-CV-00405-BAJ-DLD |
| | : | Judge Jackson |
| *Defendant*. | : | |

**UNITED STATES' NOTICE OF SUPPLEMENTAL AUTHORITY**

The parties filed post trial briefs on September 19, 2011.  Since that date, two opinions in tax shelter cases have been issued, and the United States wishes to bring those cases to the attention of the Court.  *Altria Group, Inc. v. United States*, _ F.3d _, 2011 WL 4448606 (2d Cir. Sept. 27, 2011) (SILO / LILO shelters), *aff'g*, 694 F.Supp.2d 259 (S.D.N.Y. 2010); *Rovakat, LLC v. Comm'r*, T.C. Memo 2011-225, 2011 WL 4374589 (Sept. 20, 2011) (DAD shelter).  Copies of the slip opinions are attached.  In keeping with the intent of the federal rules to limit the length of supplemental authority notices, the United States limits this notice to 250 words, as follows.  *See* Fed. R. App. P. 28(j):

Courts approve of the use of the judicial doctrines to reject tax benefits claimed in abusive tax shelter transactions.  The Second Circuit in *Altria* affirmed a judgment, entered after

a jury trial, that rejected tax benefits of SILO and LILO tax shelters.  Altria had claimed depreciation and rental expense deductions relating to assets that were the subject of leases.  The jury relied on both substance-over-form and economic substance grounds.  The Second Circuit affirmed on the substance over form doctrine, without reaching economic substance.  The court rejected Altria's wooden reliance on *Frank Lyon*, and it also noted that "[w]e agree with the district court that, as here, 'a pointlessly complex transaction with a tax-indifferent counterparty that insulates the taxpayer from meaningful economic risk of loss or potential for gain cries out for [substance over form] treatment.'"  (Slip. op. at 23.)  This case, too, involves tax- indifferent parties and pointlessly complex transactions.

In *Rovakat*, the Tax Court determined (1) that a partnership created for a DAD transaction was a sham under *Culbertson*, noting that "[t]he record does not suggest, and we do not find, that [the partners] intended to join together to carry on a trade or business" (slip. op. at 35); (2) that the DAD transaction failed both the objective and subjective prongs of the economic substance doctrine (*id*. at 36-53), and (3) that partnership-level penalties were appropriate (*id*. at 60-69).

The evidence in this case likewise supports the application of *Culbertson*, the economic substance doctrine, and penalties.

                                        Respectfully submitted,

                                        Donald J. Cazayoux, Jr.
                                        UNITED STATES ATTORNEY

                                        /s/ John Gaupp
                                        John J. Gaupp, LBN. 14976
                                        Assistant United States Attorney
                                        777 Florida Street, Suite 208
                                        Baton Rouge, Louisiana 70801
                                        Telephone: (225) 389-0443
                                        Fax: (225) 389-0685

                                        /s/ Thomas J. Sawyer
                                        Thomas J. Sawyer
                                        Robert L. Welsh
                                        Thomas F. Koelbl
                                        Philip M. Schreiber
                                        U.S. Department of Justice, Tax Division
                                        Post Office Box 14198
                                        Washington, D.C. 20044
                                        Telephone: (202) 514-8129
                                        Fax: (202) 514-4963

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing United States' Notice of Supplemental Authority was made by electronic filing through the Court's EM/ECF system to counsel of record:

| | |
|---|---|
| David M. Bienvenu, Jr., Esq. | John B. Magee |
| 451 Florida Street, 8th Floor | Hartman E. Blanchard, Jr. |
| Taylor, Porter, Brooks & Phillips | Bingham McCutchen LLP |
| Baton Rouge, LA 70801 | 2020 K Street, NW |
| | Washington, D.C.  20006-1806 |

Baton Rouge, Louisiana this 28th day of September, 2011.

/s/ John Gaupp
John J. Gaupp, LBN. 14976
Assistant United States Attorney